UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE No. 6:22-cr-19-PGB-DCI

ANDRE MAURICE LEWIS

## NOTICE OF RELATED ACTION

In accordance with Local Rule 1.07(c), I certify that the instant action:

☒ IS related to pending or closed civil or criminal cases previously filed in this court, or any other Federal or State court, or administrative agency as indicated below:

State of Florida v. Andre Maurice Lewis
Case No. 2021-CF-004488

☐ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Related Action upon each party no later than eleven days after appearance of the party.

Dated:   February 24, 2022

                                        Respectfully submitted,

                                        ROGER B. HANDBERG
                                        United States Attorney

By:   */s/ Emily C. L. Chang*
       EMILY C. L. CHANG
       Assistant United States Attorney
       USA No. 166
       400 W. Washington Street, Suite 3100
       Orlando, Florida 32801
       Telephone:   (407) 648-7500
       Facsimile:   (407) 648-7643
       E-mail:       emily.chang@usdoj.gov

Case 6:22-cr-00019-PGB-DCI   Document 7   Filed 02/24/22   Page 3 of 3 PageID 18

U.S. v. ANDRE MAURICE LEWIS          Case No. 6:22-cr-19-PGB-DCI

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

N/A

                           */s/ Emily C. L. Chang*
                           EMILY C. L. CHANG
                           Assistant United States Attorney
                           USA No. 166
                           400 W. Washington Street, Suite 3100
                           Orlando, Florida 32801
                           Telephone:   (407) 648-7500
                           Facsimile:   (407) 648-7643
                           E-mail:       emily.chang@usdoj.gov