UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 6:22-cr-19-PGB-DCI

ANDRE MAURICE LEWIS

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

    I hereby disclose the following pursuant to this Court's interested persons order:

    1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

> Emily C. L. Chang, Assistant United States Attorney
>
> Federal Bureau of Investigation, Investigative Agency
>
> Beau Gegenheimer, Special Agent, Federal Bureau of Investigation
>
> Roger B. Handberg, United States Attorney
>
> Andre Maurice Lewis, defendant
>
> Orlando Police Department
>
> Jennifer Wing, Task Force Agent, Federal Bureau of Investigation

2.      The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:   None

3.      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:   None

4.      The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:   CV, minor victim

I hereby certify that I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Date:   February 24, 2022

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:   /s/ Emily C. L. Chang
      EMILY C. L. CHANG
      Assistant United States Attorney
      USA No. 166
      400 W. Washington Street, Suite 3100
      Orlando, Florida 32801
      Telephone:   (407) 648-7500
      Facsimile:   (407) 648-7643
      E-mail:       emily.chang@usdoj.gov

**U.S. v. ANDRE MAURICE LEWIS**　　　　**Case No. 6:22-cr-19-PGB-DCI**

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

N/A

/s/ Emily C. L. Chang
EMILY C. L. CHANG
Assistant United States Attorney
USA No. 166
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:   (407) 648-7643
E-mail:        emily.chang@usdoj.gov