AO 442 (Rev.11/11) Arrest Warrant

FID# 107336114

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>ANDRE MAURICE LEWIS<br><br>Defendant | Case No. 6:22-cr-19-PGB-DCI |

## ARREST WARRANT

TO: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **ANDRE MAURICE LEWIS**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

> Enticement of a minor to engage in unlawful sexual activity (i.e. production of child pornography), in violation of 18 U.S.C. § 2422(b).
>
> Production and attempted production of child pornography, in violation of 18 U.S.C. § 2251(a).

Date: 2/14/2022

Issuing officer's signature: R. Olsu

City and state: Orlando, Florida

Elizabeth Warren, Clerk of Court
United States District Court

*Printed name and title*

### Return

This warrant was received on *(date)* 2/17/2022, and the person was arrested on *(date)* MARCH 7, 2022
at *(city and state)* ORLANDO, FL.

Date: MARCH 7, 2022

Arresting officer's signature

A. JURGENSEN   DUSM

*Printed name and title*

Stamps: 2022 AUG 11 AM 9:42 — MIDDLE FLORIDA ORLANDO; 2022 FEB 17 — RECEIVED U.S. MARSHAL; FILED