# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                                  Case No. 6:22-cr-19-PGB-DCI

**ANDRE MAURICE LEWIS**
_____/

## NOTICE OF ESTIMATED LENGTH OF SENTENCING HEARING

Defendant, Andre Maurice Lewis, through his undersigned counsel, submits this Notice pursuant to the Court's Case Management Order on Sentencing (Doc. 37), and states the following:

1. On August 15, 2022, the Court scheduled the sentencing hearing in this case for November 9, 2022 and entered a Case Management Order on Sentencing that included, in part, "If any party anticipates that more than forty-five (45) minutes will be needed for the hearing, the party shall advise the Court by way of a Notice within seven (7) days of the date of this Order. Doc. 37.

2. Although it is difficult at this stage for Mr. Lewis to predict exactly how much time he will need for the presentation of potential evidence and mitigation at his sentencing hearing, Mr. Lewis conservatively estimates that one (1) hour would be sufficient for the defense's presentation at sentencing.

## CONCLUSION

WHEREFORE, Mr. Lewis estimates needing not more than one (1) hour for the defense's presentation of evidence and mitigation at his sentencing hearing and provides this Notice pursuant to the Court's Case Management Order on Sentencing.

Respectfully submitted,

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER

*/s/Joshua R. Lukman*
Joshua R. Lukman, Esq.
Assistant Federal Defender
Florida Bar Number 0088213
201 South Orange Avenue, Ste 300
Orlando, Florida 32801
Telephone: 407-648-6338
Fax: 407-648-6765
E-Mail: joshua_lukman@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Estimated Length of Sentencing Hearing* was submitted to the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to Emily Chang, Esq., Assistant United States Attorney, this 22nd day of August 2022.

*/s/Joshua R. Lukman*
Joshua R. Lukman, Esq.