PSYHCUNITED STATES OF AMERICA,

vs.

ANDRE MAURICE LEWIS
Case No: 6:22-CR-00019-PGB-DCI

---

## Appendix

**Polygraph Examination**................................................................................A
*Authored by Larry Jerald*


**Table of Previous Evaluations** ....................................................B
*Authored by Defense*

**Records from Jefferson High School (***redacted***)**.........................................C

**Disability Determination from Social Security Records**.......................D
*Authored by Dr. Elizabeth Michalec, Ph.D.*


**Letters of Support**..........................................................................................E
    1) Toy Gonzalez- *Mother*
    2) Sirkit Lewis- *Aunt*
    3) Kimberly Lewis- *Sister*
    4) Misha Hughes- Former Employee Supervisor


A. FITZGERALD HALL, ESQ
FEDERAL DEFENDER, MDFL

*s/ Joshua Lukman*
Joshua Lukman
Assistant Federal Defender
201 South Orange Ave., Ste. 300
Orlando, Florida 32801

# A. Polygraph Examination
*Larry Jerald*



**A**

## Jerald Polygraph Services, LLC

Post Office Box 830926
Ocala, Florida 34483-0926
Phone: (352) 694-7501   Fax: (352) 694-7393

**J. Larry Jerald**
Certified Polygraphist
Since 1977

<u>**Member**</u>
American Polygraph Association
Florida Polygraph Association
American Assoc. of Police Polygraphists

---

### SPECIFIC ISSUE POLYGRAPH EXAMINATION REPORT
### <u>CONFIDENTIAL</u>

| | |
|---|---|
| **TO:** | **FEDERAL PUBLIC DEFENDER**<br>**201 S. ORANGE AVENUE, SUITE 300**<br>**ORLANDO, FL 32801** |
| **ATTN:** | **JOSHUA LUKMAN, ESQUIRE** |
| **SUBJECT:** | **ANDRE LEWIS** |
| **EXAM DATE:**<br>**EXAM LOCATION:** | **AUGUST 30, 2022**<br>**SEMINOLE COUNTY JAIL**<br>**SANFORD, FLORIDA** |

On the above date, Mr. Andre Lewis submitted to a specific issue polygraph examination. He provided no medical or personal information that would adversely impact upon the successful completion of a polygraph exam. He appeared to be able to comprehend my instructions and appeared fit to submit to a polygraph examination.

Mr. Lewis signed a consent form agreeing to this examination. He was provided with a detailed explanation of the polygraph instrument, exam procedure and physiology as it applies to the polygraph. He was given the opportunity to ask any questions before the examination. All questions were thoroughly answered prior to the examination being administered.

This polygraph examination was conducted using the Lafayette LX6 Computerized Polygraph System. Your polygrapher was trained, by the manufacturer, in the proper operation of the Lafayette system and its accompanying scoring algorithms.

The Air Force Modified General Question Technique (AFMGQT) was used to administer this polygraph examination.

**PRE-TEST INTERVIEW:**

The purpose of this polygraph examination was to determine if Mr. Lewis, while an adult, has ever sexually touched/had physical sexual contact with any person under 18 years of age. During the pre-test interview, it was explained to Mr. Lewis that the terms "sexual touching or physical sexual contact" meant any touching for sexual pleasure, arousal, gratification, curiosity, excitement, enjoyment or satisfaction. Mr. Lewis denied any such contact with any person under 18-years-old, as an adult. A polygraph test was constructed to assess the veracity of Mr. Lewis' denial.

**TEST QUESTIONS:**

The following relevant test questions were asked and answered "no" during the examination:

R4- After you turned 18 years old, did you you sexually touch anyone under 18 years old?
R7- After you turned 18 years old, did you have physical sexual contact with anyone under 18 years old?

**EVALUATION:**

An analysis of Mr. Lewis' physiological responses to the listed relevant test questions resulted in the opinion that there was **NO DECEPTION INDICATED**.

This opinion was verified by the PolyScore software analysis program.

J. Larry Jerald
Certified Polygraphist

# B.  Table of Previous Evaluations

**B**

<u>U.S. vs Andre M. Lewis</u>
*Case No: 6:22-CR-00019-PGB-DCI*

## **Table of Evaluations**

| DATE | TYPE OF EVALUATION | DIAGNOSIS/IMPRESSIONS | EXAMINER |
|---|---|---|---|
| 02/20/2003 | Competency | The courts ordered a competency evaluation to be conducted by two experts a psychologist and a Psychiatrist<br><br>Re case # 2003-CF-001440 | Dr. Susan Murray, M.D. |
| 04/21/2004 | Competency | Related to case mentioned above. Psychologist conducted evaluation.<br><br>Re case # 2003-CF-001440 | Dr. Michael Gamache, Ph.D |
| 09/15/2011 | Disability Determination | DX: Dysthymic Disorder Learning Disorder NOS<br><br>Deficits in the following area were noted: 1) capacity for understanding 2) memory, capacity to interact socially 3) concentration 4) persistence and pace<br><br>R/O Borderline Intellectual Functioning<br>R/O Antisocial Personality Disorder | Dr. Lawrence Pasman, Ph.d |
| 09/22/2011 | Disability Determination | Determined that there is severe mental impairment but does not meet criteria to be 'disabled' They find he has symptoms that are treatable.<br><br>DX: Learning Disorder- Primary Affective Disorder- Secondary Organic Mental Disorder- Other | Dr. Elizabeth Michalec, Ph.D |
| 01/2017 | Competency | Found Incompetent to proceed | Dr. Joseph Blitch |

| 01/31/2017 | Competency & Intellectual capacity | Found in the mild range of intellectual impairment (FSIQ 57) and incompetent to proceed<br><br>DX: Intellectual Developmental Disorder<br>Unspecified Depressive Disorder | Dr. McClain |
|---|---|---|---|
| 05/2018 | Evaluation to determine disability | Evaluation was conducted by Agency for Persons with Disability<br><br>*Attempt were made to get report no avail* | Agency for Persons with Disability |
| 05/31/2018 | Competency | Found in the mild range of intellectual impairment (FSIQ 57)<br><br>Determined to be incompetent to proceed.<br><br>DX: Intellectual Developmental Disorder<br>Unspecified Depressive Disorder | Dr. Valerie McClain |
| 02/01/2019 | Competency | Ordered by the court (Judge Barbara Thomas) regarding legal charges of written threat to Kill or do bodily harm.<br><br>It was determined he is incompetent to proceed.<br><br>DX: Major Depressive Disorder with psychotic features<br>Cannabis and Alcohol Dependence, in partial remission | Dr. Richard A. Carpenter |
| 04/9/2019 | Competency | 2nd order by the court (Judge Barbara Thomas) regarding legal charges of written threat to Kill or do bodily harm.<br><br>It was determined that he was competent to proceed. | Dr.  Richard F. Cipriano, Psy.D |

| | | Evidence of malingering was determined | |
|---|---|---|---|
| 10/30/2019 | Competency | Was evaluated a third time pertaining to the charges of written threat to kill or do bodily harm.<br><br>It was determined he was competent to proceed<br><br>It was determined he was not intellectually disabled but he does meet criteria for dual diagnosis treatment. | Dr. Joseph S. Paight, PsyD. |
| 11/26/2019 | Competency & Intellectual functioning | Found Competent to proceed<br><br>Examine detected malingering of memory impairment there IQ testing was unable to be determined | Dr. Peter M. Burstein, Ph.D |
| | | | |

# C. Records from Jefferson High School

OFFICIAL     **C**

**SCHOOL DISTRICT OF HILLSBOROUGH COUNTY, FLORIDA**

| 7990971 LEWIS | ANDRE | M | M | A |
|---|---|---|---|---|
| STUDENT NUMBER   LAST NAME | FIRST NAME | M.I. | SEX | ETHNIC |

33607

VERIFIED BY BIRTH CERTIFICATE: ☐ YES   X
IF NOT, WHAT TYPE VERIFICATION?

TAMPA     FL

PLACE OF BIRTH       DATE OF BIRTH

**PHYSICAL VERIFIED— NO**

SOCIAL SECURITY NUMBER

**LEWIS TOY**

FATHER'S NAME     MOTHER'S NAME

| WEST TAMPA ELEM | TAMPA | FL |
|---|---|---|
| NAME OF SCHOOL | | |

CURRENT INFORMATION IF DIFFERENT FROM ABOVE (USE PENCIL)

YEAR

ADDRESS

FATHER'S NAME     MOTHER'S NAME

NAME OF SCHOOL

**COUNTY HEALTH DEPARTMENT FORM TO BE ENCLOSED**

**TEST RESULTS ON REVERSE SIDE**

**SCHOOL PROGRESS    PRE-SCHOOL — GRADE 6**

DATE OF ENTRANCE INTO:
- PRE-SCHOOL   P-K 4-12-90    SCHOOL West Tampa
- KINDERGARTEN   08-28-90    SCHOOL West Tampa
- PRIMARY I    SCHOOL

MONTH   DAY   YEAR

| LAST PREVIOUS SCHOOL | | | DATE ENTERED HERE | | | DATE WITHDRAWN | | |
|---|---|---|---|---|---|---|---|---|
| | | | NO. | DAY | YR. | NO. | DAY | YR. |
| 1. | WEST TAMPA ELEM | PK01 | | | | | | |
| AT TAMPA | FL | | 04 | 12 | 90 | 12 | 03 | 90 |
| 2. AT Mitchell Elem Tampa, FL | | | 12 | 03 | 90 | | | |
| 3. AT Roosevelt Elem. Tampa, FL. | | | 01 | 27 | 92 | | | |
| 4. AT | | | | | | | | |
| 5. AT | | | | | | | | |
| 6. AT | | | | | | | | |
| 7. AT | | | | | | | | |
| 8. AT | | | | | | | | |
| 9. AT | | | | | | | | |
| 10. AT | | | | | | | | |

| DATE | INFORMATION |
|---|---|
| 12/7/90 | Mitchell w/pky |
| | |

**EXTENDED YEAR**

| YEAR | PROGRESS | | | DAYS PRESENT | DAYS ABSENT | PRESENT GRADE LEVEL | TEACHER | SCHOOL | RECOMMENDED | | DAYS | | PROGRESS | | PLACEMENT | | TEACHER | SCHOOL | END OF YEAR DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A. AV. | AV. | B. AV. | | | | | | YES | NO | PRESENT | ABSENT | SATIS. | UNSAT. | PROMOTED | RETAINED | | | |
| 87/90 | | | | 53 | 36 | P-K | CAVEZZI | West Tampa | | | | | | | | | | | |
| 90/91 | | | ✓ | 64 | 0 | K | Alfonso | West Tampa | | | | | | | | | | | |
| 91-92 | | | ✓ | | | I | Carroll | Roosevelt | | | | | | | | | | | |
| 92 93 | | | | | | | | | | | | | | | | | | | |
| 93 94 | | | | | | | | | | | | | | | | | | | |
| # 95 | | | ✓ | 169 | 9 | EAR4 | Offenbach | Grady | ✓ | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |

A. AV.- ABOVE AVERAGE   AV. - AVERAGE   B. AV. - BELOW AVERAGE

Case 8:22-cr-00094-PCR-MCR Document 98 Filed 11/10/22 Page 11 of 53 PageID 1246

**SCHOOL DISTRICT OF HILLSBOROUGH COUNTY, FLORIDA**

| 7990971 LEWIS | ANDRE | M | M | A |
|---|---|---|---|---|
| STUDENT NUMBER | LAST NAME | FIRST NAME | M.I. | SEX | ETHNIC |

| LAST PREVIOUS SCHOOL | DATE ENTERED HERE | | | DATE WITHDRAWN | | |
|---|---|---|---|---|---|---|
| | MO. | DAY | YR. | MO. | DAY | YR. |
| 1. WEST TAMPA ELEM AT TAMPA FL | | | | | | |
| 2. MITCHELL ELEM SCHOOL KG02 AT TAMPA FL | 12 | 03 | 90 | | | |
| 3. Roosevelt Elem. School AT Tampa , FL. | 01 | 27 | 92 | | | |
| 4. AT | | | | | | |
| 5. AT | | | | | | |
| 6. AT | | | | | | |
| 7. AT | | | | | | |
| 8. AT | | | | | | |
| 9. AT | | | | | | |
| 10. AT | | | | | | |

ADDRESS    TAMPA   33606

PLACE OF BIRTH   TAMPA   FL

VERIFIED BY BIRTH CERTIFICATE: ☐ YES
IF NOT, WHAT TYPE VERIFICATION? X

SOCIAL SECURITY NUMBER

PHYSICAL VERIFIED- NO

FATHER'S NAME

MOTHER'S NAME   LEWIS   TOY

NAME OF SCHOOL   MITCHELL ELEM SCHOOL    TAMPA    FL

CURRENT INFORMATION IF DIFFERENT FROM ABOVE (USE PENCIL)    YEAR

ADDRESS

FATHER'S NAME    MOTHER'S NAME

NAME OF SCHOOL

| DATE | INFORMATION |
|---|---|
| | |

**COUNTY HEALTH DEPARTMENT FORM TO BE ENCLOSED**

**TEST RESULTS ON REVERSE SIDE**

**SCHOOL PROGRESS    PRE-SCHOOL — GRADE 6**

DATE OF ENTRANCE INTO
- PRE-SCHOOL _____ SCHOOL _____
- KINDERGARTEN _____ SCHOOL _____
- PRIMARY I _____ SCHOOL _____

MONTH   DAY   YEAR

| YEAR | PROGRESS | | | DAYS PRESENT | DAYS ABSENT | PRESENT GRADE LEVEL | TEACHER | SCHOOL | EXTENDED YEAR | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A. AV. | AV. | B. AV. | | | | | | RECOMMENDED | | DAYS | | PROGRESS | | PLACEMENT | | TEACHER | SCHOOL | END OF YEAR DATE |
| | | | | | | | | | YES | NO | PRESENT | ABSENT | SATIS. | UNSAT. | PROMOTED | RETAINED | | | |
| 91-92 | | ✓ | . | | | T | Carroll | Roosevelt | | | | | | | | | | | |
| 92 93 | | | | | | | | | | | | | | | | | | | |
| 93 94 | | | | | | | | | | | | | | | | | | | |
| 94 95 | | | ✓ | 169 | 9 | EMH4 | Offenbach | Grady | ✓ | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |

A. AV. - ABOVE AVERAGE AV. - AVERAGE B. AV. - BELOW AVERAGE

SB 10400

```
TO - DISTRICT:        87                      SCHOOL:      DEMOGRAPHIC INFORMATION              FILE: SRTS12IS
GRADE LEVEL: 11  PREPARED DATE: 06/27/2022   CURRENT DISTRICT: 29 HILLSBOROUGH SCHOO                     PAGE  1
FL STUDENT ID: XXXXX3543X    SSN: XXX-XX-     CURRENT SCHOOL: 5058 FALKENBURG ROAD JAIL
```

LEGAL NAME: LEWIS, ANDRE MAURICE
MAILING
ADDRESS:    TAMPA                 FL 33609-1623          TAMPA              FL336053512
DISTRICT STUDENT ID: XXX-XX-71  FL STUDENT ID-ALIAS: XXX-X
PARENT/GUARDIAN (NAME/CODE):                   OLD RACIAL/ETHNIC CODE: M  SEX: M
LEWIS, TOY         PARENT                      BIRTH DATE:             BIRTH VERIFICATION: 1
                                               BIRTHPLACE: TAMPA           FL
                                               MULTI-BIRTH: UNKNOWN

ETHNICITY: NON-HISPANIC  RACE CODES:
KG-8 PE WAIVER: NOT APPLICABLE. STUDENT IS IN GRADES PK OR 9-12

```
911 MEDICAL ALERT:   NO
IMMUNIZATION STATUS: STUDENT IN VIRTUAL INSTRUCTION PROGRAM WHO DO NOT COME TO DISTRICT BUILDING
VACCINE STATUS, DATE-                       VACCINE CERTIFICATE EXPIRATION DATE: 06/27/2022
TYPE      DOSE DATE      DOSE DATE      DOSE DATE      DOSE DATE      DOSE DATE
DTP       1  09/18/1986  2  11/13/1986  3  01/08/1987  4  09/03/1987  5  01/29/1990
POLIO     1  09/18/1986  2  11/13/1986  3  09/03/1987  4  01/29/1990
HIB       1  01/29/1990
MMR       1  11/13/1986  2  07/15/1997
HEP B 3DOSE 1  07/15/1997  2  08/11/1997  3  03/30/1998
TD(TET-DIP) 1  07/15/1997
PROOF OF IMMUNIZATION WAS PROVIDED ON AN ELIGIBLE FORM WHICH DID NOT REQUIRE DATES.
```

```
----------------------------------------- COURSE INFORMATION -----------------------------------------
DISTRICT: 29 SCHOOL: 4722 WEST TAMPA ELEMENTARY SCH    DISTRICT: 29 SCHOOL: 3801 ROOSEVELT ELEMENTARY SCHO
   YEAR: 1989-1990  GRADE LEVEL: PK                       YEAR: 1991-1992  GRADE LEVEL: 01
                        SUBJECT CRSE G   A O   CREDIT                         SUBJECT CRSE G   A O   CREDIT
T COURSE# COURSE TITLE     AREA FLAG R   C N ATT./EARN  T COURSE# COURSE TITLE    AREA FLAG R   C N ATT./EARN
3 5100050 PRE KINDERGARTEN 4  EL     NG    N 0.00 0.00  3 7755010 EX ST ACAD: PK-5   EL    NG    N 0.00 0.00
S 5100050 PRE KINDERGARTEN 4  EL     NG    N 0.00 0.00  3 7763030 SPCH THRPY: PK-5   EL    NG    N 0.00 0.00
                     CREDIT, TERM:      0.00  0.00      S 7755010 EX ST ACAD: PK-5   EL    NG    N 0.00 0.00
                                                                          CREDIT, TERM:      0.00  0.00
                             GPA QTY PTS
DISTRICT     0.0000   0.00  CUM:                                                          GPA QTY PTS
  STATE      0.0000   0.00  CUM: 0.0000   0.00      DISTRICT     0.0000   0.00  CUM:
                                                      STATE      0.0000   0.00  CUM: 0.0000   0.00
1989-1990 ANNUAL DAYS-PRESENT:  31  ABSENT:   4
SUMMER TERMS DAYS-PRESENT:    0  ABSENT:  16        1991-1992 ANNUAL DAYS-PRESENT: 177  ABSENT:   3
ACADEMICALLY PROMOTED                              SUMMER TERMS DAYS-PRESENT:    0  ABSENT:   3
                                                   ACADEMICALLY PROMOTED
DISTRICT: 29 SCHOOL: 3081 MITCHELL ELEMENTARY SCHOO
   YEAR: 1990-1991  GRADE LEVEL: KG                    DISTRICT: 29 SCHOOL: 3801 ROOSEVELT ELEMENTARY SCHO
                        SUBJECT CRSE G   A O   CREDIT     YEAR: 1992-1993  GRADE LEVEL: 02
T COURSE# COURSE TITLE     AREA FLAG R   C N ATT./EARN                        SUBJECT CRSE G   A O   CREDIT
3 5100060 KINDERGARTEN     EL     NG    N 0.00 0.00  T COURSE# COURSE TITLE    AREA FLAG R   C N ATT./EARN
3 7763030 SPCH THRPY: PK-5 EL     NG    N 0.00 0.00  3 7755010 EX ST ACAD: PK-5   EL    NG    N 0.00 0.00
                     CREDIT, TERM:      0.00  0.00   3 7763030 SPCH THRPY: PK-5   EL    NG    N 0.00 0.00
                                                     S 7755010 EX ST ACAD: PK-5   EL    NG    N 0.00 0.00
                             GPA QTY PTS                                  CREDIT, TERM:      0.00  0.00
DISTRICT     0.0000   0.00  CUM:
  STATE      0.0000   0.00  CUM: 0.0000   0.00                                           GPA QTY PTS
                                                     DISTRICT     0.0000   0.00  CUM:
1990-1991 ANNUAL DAYS-PRESENT: 176  ABSENT:   3        STATE      0.0000   0.00  CUM: 0.0000   0.00
SUMMER TERMS DAYS-PRESENT:    0  ABSENT:   0
ACADEMICALLY PROMOTED                              1992-1993 ANNUAL DAYS-PRESENT: 166  ABSENT:  11
                                                   SUMMER TERMS DAYS-PRESENT:   21  ABSENT:   3
                                                   ACADEMICALLY PROMOTED
```

```
TO - DISTRICT:      87                              SCHOOL:        COURSE INFORMATION              FILE: SRTS121S
GRADE LEVEL: 11  PREPARED DATE: 06/27/2022   CURRENT DISTRICT: 29 HILLSBOROUGH SCHOO                    PAGE  2
FL STUDENT ID: XXXXX3543X   SSN: XXX-XX-    CURRENT SCHOOL: 5058 FALKENBURG ROAD JAIL


LEGAL NAME: LEWIS, ANDRE MAURICE


DISTRICT: 29 SCHOOL: 3801 ROOSEVELT ELEMENTARY SCHO     DISTRICT: 29 SCHOOL: 0921 COLEMAN MIDDLE SCHOOL
     YEAR: 1993-1994  GRADE LEVEL: 03                        YEAR: 1996-1997  GRADE LEVEL: 06
                        SUBJECT CRSE G   A O   CREDIT                         SUBJECT CRSE G    A O   CREDIT
T COURSE# COURSE TITLE      AREA FLAG R   C N ATT./EARN T COURSE# COURSE TITLE     AREA FLAG R   C N ATT./EARN
3 7755010 ACAD: PK-5         EL      NG   N 0.00 0.00 3 7801010 V/P ARTS: 6-8       EL      NG   N 0.00 0.00
3 7763030 SPCH THRPY: PK-5   EL      NG   N 0.00 0.00 3 7810010 LANG ART: 6-8       EL      B    N 0.00 0.00
S 7755010 ACAD: PK-5         EL      NG   N 0.00 0.00 3 7812010 MATH: 6-8           EL      B    N 0.00 0.00
S 7763030 SPCH THRPY: PK-5   EL      NG   N 0.00 0.00 3 7815010 PE: 6-8             EL      A    N 0.00 0.00
                        CREDIT, TERM:     0.00  0.00 3 7820010 SCI: 6-8            EL      B    N 0.00 0.00
                                                   3 7821010 SOC STUD: 6-8        EL      C    N 0.00 0.00
                                    GPA QTY PTS    S 7810010 LANG ART: 6-8        EL      C    N 0.00 0.00
DISTRICT       0.0000    0.00 CUM:                 S 7812010 MATH: 6-8            EL      C    N 0.00 0.00
   STATE       0.0000    0.00 CUM: 0.0000    0.00                         CREDIT, TERM:           0.00  0.00


1993-1994 ANNUAL DAYS-PRESENT: 176  ABSENT:   4                                          GPA QTY PTS
SUMMER TERMS DAYS-PRESENT:     22 ABSENT:   2     DISTRICT       0.0000    0.00 CUM:
ACADEMICALLY PROMOTED                                STATE       0.0000    0.00 CUM: 0.0000    0.00


DISTRICT: 29 SCHOOL: 1721 GRADY ELEMENTARY SCHOOL      1996-1997 ANNUAL DAYS-PRESENT: 172  ABSENT:   8
     YEAR: 1994-1995  GRADE LEVEL: 04                  SUMMER TERMS DAYS-PRESENT:     21 ABSENT:   3
                        SUBJECT CRSE G   A O   CREDIT ACADEMICALLY PROMOTED
T COURSE# COURSE TITLE      AREA FLAG R   C N ATT./EARN
3 7755010 ACAD: PK-5         EL      NG   N 0.00 0.00 DISTRICT: 29 SCHOOL: 0921 COLEMAN MIDDLE SCHOOL
3 7763030 SPCH THRPY: PK-5   EL      NG   N 0.00 0.00      YEAR: 1997-1998  GRADE LEVEL: 07
S 7755010 ACAD: PK-5         EL      NG   N 0.00 0.00                      SUBJECT CRSE G    A O   CREDIT
S 7763030 SPCH THRPY: PK-5   EL      NG   N 0.00 0.00 T COURSE# COURSE TITLE     AREA FLAG R   C N ATT./EARN
                        CREDIT, TERM:     0.00  0.00 1 7801010 V/P ARTS: 6-8       EL      A    N 0.00 0.00
                                                   2 7801010 V/P ARTS: 6-8       EL      A    N 0.00 0.00
                                    GPA QTY PTS    3 7810010 LANG ART: 6-8       EL      C    N 0.00 0.00
DISTRICT       0.0000    0.00 CUM:                 3 7812010 MATH: 6-8           EL      C    N 0.00 0.00
   STATE       0.0000    0.00 CUM: 0.0000    0.00  3 7815010 PE: 6-8             EL      B    N 0.00 0.00
                                                   3 7820010 SCI: 6-8            EL      C    N 0.00 0.00
1994-1995 ANNUAL DAYS-PRESENT: 170  ABSENT:   8    3 7821010 SOC STUD: 6-8       EL      D    N 0.00 0.00
SUMMER TERMS DAYS-PRESENT:     21 ABSENT:   3                         CREDIT, TERM:           0.00  0.00
ACADEMICALLY PROMOTED
                                                                                        GPA QTY PTS
DISTRICT: 29 SCHOOL: 1721 GRADY ELEMENTARY SCHOOL      DISTRICT       0.0000    0.00 CUM:
     YEAR: 1995-1996  GRADE LEVEL: 05                     STATE       0.0000    0.00 CUM: 0.0000    0.00
                        SUBJECT CRSE G   A O   CREDIT
T COURSE# COURSE TITLE      AREA FLAG R   C N ATT./EARN 1997-1998 ANNUAL DAYS-PRESENT: 162  ABSENT:  18
3 7755010 ACAD: PK-5         EL      NG   N 0.00 0.00 SUMMER TERMS DAYS-PRESENT:     17 ABSENT:   5
3 7763030 SPCH THRPY: PK-5   EL      NG   N 0.00 0.00 ACADEMICALLY PROMOTED
S 7755010 ACAD: PK-5         EL      NG   N 0.00 0.00
                        CREDIT, TERM:     0.00  0.00 DISTRICT: 29 SCHOOL: 0921 COLEMAN MIDDLE SCHOOL
                                                        YEAR: 1998-1999  GRADE LEVEL: 08
                                    GPA QTY PTS                           SUBJECT CRSE G    A O   CREDIT
DISTRICT       0.0000    0.00 CUM:                 T COURSE# COURSE TITLE     AREA FLAG R   C N ATT./EARN
   STATE       0.0000    0.00 CUM: 0.0000    0.00  1 7821030 CAR ED: 6-8        EL      C    N 0.00 0.00
                                                   2 7880010 PRE-VOC: 6-8       EL      C    N 0.00 0.00
1995-1996 ANNUAL DAYS-PRESENT: 174  ABSENT:   6    3 7810010 LANG ART: 6-8      EL      D    N 0.00 0.00
SUMMER TERMS DAYS-PRESENT:     23 ABSENT:   1      3 7812010 MATH: 6-8          EL      C    N 0.00 0.00
ACADEMICALLY PROMOTED                              3 7815010 PE: 6-8            EL      C    N 0.00 0.00
                                                   3 7820010 SCI: 6-8           EL      C    N 0.00 0.00
                                                   3 7821010 SOC STUD: 6-8      EL      D    N 0.00 0.00
                                                                         CREDIT, TERM:           0.00  0.00

                                                                                        GPA QTY PTS
                                                   DISTRICT       0.0000    0.00 CUM:
                                                      STATE       0.0000    0.00 CUM: 0.0000    0.00

                                                   1998-1999 ANNUAL DAYS-PRESENT: 170  ABSENT:   9
                                                   SUMMER TERMS DAYS-PRESENT:      0 ABSENT:   0
                                                   ACADEMICALLY PROMOTED
```

LEGAL NAME: LEWIS, ANDRE MAURICE

## DISTRICT: 29 SCHOOL: 3411 PLANT HIGH SCHOOL
### YEAR: 1999-2000 GRADE LEVEL: 09

| T COURSE# COURSE TITLE | SUBJECT AREA | CRSE FLAG | G R | A C | O N | CREDIT ATT./EARN |
|---|---|---|---|---|---|---|
| 1 1503350 TEAM SPORTS I | PE | | D | | N | 0.50 0.50 |
| 1 7910390 LIFE SK COMM: 9-12 | EX | | D | | N | 0.50 0.50 |
| 1 7912340 LIFE SK MATH: 9-12 | EX | | D | | N | 0.50 0.50 |
| 1 7920010 SCI: 9-12 | EX | | D | | N | 0.50 0.50 |
| 1 7921010 SOC STUDIES: 9-12 | EX | | F | | N | 0.50 0.00 |
| 1 7980110 CAREER PREP | EX | | F | | N | 0.50 0.00 |

## DISTRICT: 29 SCHOOL: 3784 JEFFERSON HIGH SCHOOL
### YEAR: 1999-2000 GRADE LEVEL: 09

| T COURSE# COURSE TITLE | SUBJECT AREA | CRSE FLAG | G R | A C | O N | CREDIT ATT./EARN |
|---|---|---|---|---|---|---|
| 2 1501300 PERSONAL FIT | PE | | D | | N | 0.50 0.50 |
| 2 7910390 LIFE SK COMM: 9-12 | EX | | F | | N | 0.50 0.00 |
| 2 7912340 LIFE SK MATH: 9-12 | EX | | F | | N | 0.50 0.00 |
| 2 7920010 SCI: 9-12 | EX | | F | | N | 0.50 0.00 |
| 2 7921010 SOC STUDIES: 9-12 | EX | | F | | N | 0.50 0.00 |
| 2 7980110 CAREER PREP | EX | | F | | N | 0.50 0.00 |
| S 7910390 LIFE SK COMM: 9-12 | EX | | C | | N | 0.50 0.50 |
| S 7912340 LIFE SK MATH: 9-12 | EX | | C | | N | 0.50 0.50 |
| CREDIT, TERM: | | | | | | 7.00 3.50 |

```
                                   GPA    QTY   PTS
DISTRICT    0.6428    4.50  CUM:
  STATE     1.2857    4.50  CUM: 0.0000    0.00

1999-2000 ANNUAL DAYS-PRESENT: 153  ABSENT:  24
SUMMER TERMS DAYS-PRESENT:      22  ABSENT:   0
RETAINED IN SAME GRADE
```

## DISTRICT: 29 SCHOOL: 0063 CARVER EXCEPTIONAL CENTER
### YEAR: 2000-2001 GRADE LEVEL: 09

| T COURSE# COURSE TITLE | SUBJECT AREA | CRSE FLAG | G R | A C | O N | CREDIT ATT./EARN |
|---|---|---|---|---|---|---|
| 2 0200310 COMPU APPLI I | EL | | D | | N | 0.50 0.50 |
| 2 7910390 LIFE SK COMM: 9-12 | EX | | D | | N | 0.50 0.50 |
| 2 7912340 LIFE SK MATH: 9-12 | EX | | C | | N | 0.50 0.50 |
| 2 7915010 SP DESIGN PHY ED | EX | | C | | N | 0.50 0.50 |
| 2 7920010 SCI: 9-12 | EX | | D | | N | 0.50 0.50 |
| 2 7921010 SOC STUDIES: 9-12 | EX | | D | | N | 0.50 0.50 |

## DISTRICT: 29 SCHOOL: 3784 JEFFERSON HIGH SCHOOL
### YEAR: 2000-2001 GRADE LEVEL: 09

| T COURSE# COURSE TITLE | SUBJECT AREA | CRSE FLAG | G R | A C | O N | CREDIT ATT./EARN |
|---|---|---|---|---|---|---|
| 6 1503350 BASKETBALL | EL | | F | | N | 0.50 0.00 |
| 6 7910390 LIFE SK COMM: 9-12 | EX | | F | | N | 0.50 0.00 |
| 6 7921010 SOC STUDIES: 9-12 | EX | | F | | N | 0.50 0.00 |
| 6 7980110 CAREER PREP | EX | | F | | N | 0.50 0.00 |
| 7 1501300 PERSONAL FIT | PE | | F | | N | 0.50 0.00 |
| CREDIT, TERM: | | | | | | 5.50 3.00 |

```
                                   GPA    QTY   PTS
DISTRICT    0.6800    8.50  CUM:
  STATE     1.3076    8.50  CUM: 0.0000    0.00

2000-2001 ANNUAL DAYS-PRESENT: 108  ABSENT:  67
SUMMER TERMS DAYS-PRESENT:       0  ABSENT:   0
ACADEMICALLY PROMOTED
```

## DISTRICT: 29 SCHOOL: 0063 CARVER EXCEPTIONAL CENTER
### YEAR: 2001-2002 GRADE LEVEL: 10

| T COURSE# COURSE TITLE | SUBJECT AREA | CRSE FLAG | G R | A C | O N | CREDIT ATT./EARN |
|---|---|---|---|---|---|---|
| 1 7910390 LIFE SK COMM: 9-12 | EX | | I | | N | 0.00 0.00 |
| 1 7912340 LIFE SK MATH: 9-12 | EX | | I | | N | 0.00 0.00 |
| 1 7915010 SP DESIGN PHY ED | EX | | I | | N | 0.00 0.00 |
| 1 7920010 SCI: 9-12 | EX | | I | | N | 0.00 0.00 |
| 1 7921010 SOC STUDIES: 9-12 | EX | | I | | N | 0.00 0.00 |
| 1 7963070 SOC PSNL SK | EX | | C | | N | 0.50 0.50 |

## DISTRICT: 41 SCHOOL: 2106 MANATEE CO. JUVENILE JUST
### YEAR: 2001-2002 GRADE LEVEL: 11

| T COURSE# COURSE TITLE | SUBJECT AREA | CRSE FLAG | G R | A C | O N | CREDIT ATT./EARN |
|---|---|---|---|---|---|---|
| 2 0500500 PER, CAR, SC DEV I | EL | | C | | N | 0.50 0.50 |
| 2 1001310 ENG I | EN | | D | | N | 0.50 0.50 |
| 2 1200400 INTENSIVE MATH | EL | | D | | N | 1.00 1.00 |
| 2 2109310 WORLD HISTORY | WH | | D | | N | 0.50 0.50 |
| 2 8121330 LANDSCAPE OPER 6 | VO | | C | | N | 0.50 0.50 |
| 2 9001820 VOC/EMP SKILLS/YOUT | VO | | D | | N | 1.00 1.00 |
| CREDIT, TERM: | | | | | | 4.50 4.50 |

```
                                   GPA    QTY   PTS
DISTRICT    0.8529   14.50  CUM:
  STATE     1.3181   14.50  CUM: 0.0000    0.00

2001-2002 ANNUAL DAYS-PRESENT: 82  ABSENT: 43
SUMMER TERMS DAYS-PRESENT:     0  ABSENT:  0
NOT ENROLLED IN DISTRICT K-12 AT END OF SCHOOL YEAR
```

## DISTRICT: 29 SCHOOL: 5051 AMI KIDS TAMPA
### YEAR: 2002-2003 GRADE LEVEL: 11

| T COURSE# COURSE TITLE | SUBJECT AREA | CRSE FLAG | G R | A C | O N | CREDIT ATT./EARN |
|---|---|---|---|---|---|---|
| 1 0500500 PER, CAR, SC DEV I | EL | | F | | N | 0.50 0.00 |
| 1 1001310 ENG I | EN | | D | | N | 0.50 0.50 |
| 1 1200310 ALGEBRA I | MA | | D | | N | 0.50 0.50 |
| 1 1400300 PEER COUN I | EL | | F | | N | 0.50 0.00 |
| 1 2003310 PHYSICAL SCI | SC | | F | | N | 0.50 0.00 |
| 1 2106310 AMER GOVT | AG | | F | | N | 0.50 0.00 |

## DISTRICT: 29 SCHOOL: 5058 FALKENBURG ROAD JAIL
### YEAR: 2002-2003 GRADE LEVEL: 11

| T COURSE# COURSE TITLE | SUBJECT AREA | CRSE FLAG | G R | A C | O N | CREDIT ATT./EARN |
|---|---|---|---|---|---|---|
| 8 7910110 ENG: 9-12 | EX | | C | | N | 0.50 0.50 |
| 8 7921010 SOC STUDIES: 9-12 | EX | | C | | N | 0.50 0.50 |
| 8 7980030 JOB PREP | VO | | A | | N | 0.50 0.50 |
| 9 7910110 ENG: 9-12 | EX | | B | | N | 0.50 0.50 |
| 9 7921010 SOC STUDIES: 9-12 | EX | | C | | N | 0.50 0.50 |
| 9 7980030 JOB PREP | VO | | C | | N | 0.50 0.50 |
| 9 7910100 RD: 9-12 | EX | | C | | N | 0.50 0.50 |
| S 7910110 ENG: 9-12 | EX | | D | | N | 0.50 0.50 |
| S 7963070 SOC PSNL SK | EX | | B | | N | 0.50 0.50 |
| CREDIT, TERM: | | | | | | 7.50 5.50 |

```
                                   GPA    QTY   PTS
DISTRICT    1.0612   26.00  CUM:
  STATE     1.5757   26.00  CUM: 0.0000    0.00

2002-2003 ANNUAL DAYS-PRESENT: 152  ABSENT:  17
SUMMER TERMS DAYS-PRESENT:      45  ABSENT:   0
ACADEMICALLY PROMOTED
```

```
TO - DISTRICT:      87                              SCHOOL:        COURSE INFORMATION        FILE: SRTS12IS
GRADE LEVEL: 11  PREPARED DATE: 06/27/2022     CURRENT DISTRICT: 29 HILLSBOROUGH SCHOO           PAGE  4
FL STUDENT ID: XXXXX3543X     SSN: XXX-XX-     CURRENT SCHOOL: 5058 FALKENBURG ROAD JAIL
```

LEGAL NAME: LEWIS, ANDRE MAURICE

DISTRICT: 29 SCHOOL:      NO COURSES COMPLETED
    YEAR: 2003-2004  GRADE LEVEL: NA

```
                                   GPA QTY PTS
DISTRICT       1.0612  26.00  CUM:
   STATE       1.5757  26.00  CUM: 0.0000      0.00
```

```
2003-2004 ANNUAL DAYS-PRESENT:  10  ABSENT:    0
SUMMER TERMS DAYS-PRESENT:       0  ABSENT:    0
NOT ENROLLED IN DISTRICT K-12 AT END OF SCHOOL YEAR
```

DISTRICT: 29 SCHOOL: 5058 FALKENBURG ROAD JAIL
    YEAR: 2004-2005  GRADE LEVEL: 11

```
                          SUBJECT CRSE G   A O   CREDIT
T COURSE# COURSE TITLE       AREA FLAG R   C N ATT./EARN
7 7912050 MATH: 9-12          EX        A      N 0.50 0.50
7 7920010 SCI: 9-12           EX        A      N 0.50 0.50
7 7963070 SOC PSNL SK         EX        A      N 0.50 0.50
7 7980030 JOB PREP            VO        A      N 0.50 0.50
                          CREDIT, TERM:          2.00 2.00
```

```
                                   GPA QTY PTS
DISTRICT       1.2830  34.00  CUM:
   STATE       1.8378  34.00  CUM: 0.0000      0.00
```

```
2004-2005 ANNUAL DAYS-PRESENT:  38  ABSENT:    0
SUMMER TERMS DAYS-PRESENT:       0  ABSENT:    0
NOT ENROLLED IN DISTRICT K-12 AT END OF SCHOOL YEAR
```

```
TO - DISTRICT:        87                              SCHOOL:       GRADUATION SUMMARY                FILE: SRTS12IS
GRADE LEVEL: 11  PREPARED DATE: 06/27/2022   CURRENT DISTRICT: 29 HILLSBOROUGH SCHOO                  PAGE  5
FL STUDENT ID: XXXXX3543X     SSN: XXX-XX-     CURRENT SCHOOL: 5058 FALKENBURG ROAD JAIL
```

LEGAL NAME: LEWIS, ANDRE MAURICE

```
xxxxxx C U M U L A T I V E   S U M M A R Y  xxxxxx        DIPLOMA DATE:
*               AS OF: 06/27/2022                  *          TYPE: ZZZ-
*                                                  *       DISTRICT CLASS RANK EFFECTIVE DATE:
* GRADUATION OPTION: NOT APPLICABLE                *                    NUMERICAL POSITION:
* YEAR ENTERED NINTH GRADE: 19992000               *                         PERCENTILE:        0
*                 - - - - CREDITS  - - - - *                      TOTAL NUMBER IN CLASS:        0
*            SUBJECT  TOTAL    TOTAL    TOTAL   *
*              AREA   TO DATE NEEDED REMAINING *
*      ENGLISH (EN)   1.00     4.00     3.00    *      ONLINE COURSE EXEMPT: NO     REQUIREMENT MET: NO
*      ALGEBRA1 (A1)  0.00     0.00     0.00    *
*      GEOMETRY (GE)  0.00     0.00     0.00    *      INDUSTRY CERTIFICATION COMPLETION STATUS:
*   MATHEMATICS (MA)  0.50     3.00     2.50    *         NUMBER: 7980030  JOB PREP
*       BIOLOGY (BI)  0.00     0.00     0.00    *
* EQ RIG SCIENCE(EQ/SC) 0.00   3.00     3.00    *
*    U.S. HISTORY (AH) 0.00    1.00     1.00    *
*   WORLD HISTORY (WH) 0.50    1.00     0.50    *
*     ECONOMICS (EC)  0.00     0.50     0.50    *
* U.S. GOVERNMENT (AG) 0.00    0.50     0.50    *
*TECHNICAL/CAREER/ (VO/ 3.00                    *
* PERFORM FINE ART PF)* 0.00   1.00     0.00    *
* HEALTH/LIFE MGT (LM) 0.00    0.50     0.50    *
*    PHYSICAL ED (PE) 1.00     1.00     0.00    *
*      ELECTIVE (EL)  2.00     8.50     0.00    *
* CREDITS, CUMULATIVE: 18.50  24.00             *
*---------------------------------------------- *
* *TOTALS INCLUDE TECH CAREER & PERFORM FINE ARTS*
*          GPA QTY PTS           GPA QTY PTS *
* DISTRICT: 1.2830   0.00 STATE: 1.8378   0.00 *
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
++++++++++++++++++++++++++++++++++++++++++++++++++
+CERTIFIED BY:                                    +
+SIGNATURE: _____ +
+DATE:      _____                  +
++++++++++++++++++++++++++++++++++++++++++++++++++
```

```
--------------------------------------- DEFINITION OF TERM CODES ---------------------------------------
CODE DEFINITION       CODE DEFINITION       CODE DEFINITION       CODE DEFINITION       CODE DEFINITION
  1 SEMESTER 1          S COMBINED SUMMER     B TRIMESTER 1         E QUINMESTER 1        J SIX WEEKS 1
  2 SEMESTER 2            SESSION             C TRIMESTER 2         F QUINMESTER 2        K SIX WEEKS 2
  3 ANNUAL              T INTERSESSION 1*     D TRIMESTER 3         G QUINMESTER 3        L SIX WEEKS 3
  4 SUMMER SESSION 1    U INTERSESSION 2*     6 QUARTER 1           H QUINMESTER 4        M SIX WEEKS 4
  5 SUMMER SESSION 2    V INTERSESSION 3*     7 QUARTER 2           I QUINMESTER 5        N SIX WEEKS 5
  R SHORT COURSE**      W INTERSESSION 4*     8 QUARTER 3           Y YEAR OF             O SIX WEEKS 6
                        X INTERSESSION 5*     9 QUARTER 4             NONENROLLMENT***
```

```
*   USED (INSTEAD OF SUMMER SCHOOL SESSIONS) WITH YEAR-ROUND SCHOOL RECORDKEEPING
**  USED ONLY FOR WORKFORCE DEVELOPMENT EDUCATION (ADULT GENERAL AND POSTSECONDARY CAREER & TECHNICL ED)
*** USED ONLY FOR REPORTING STUDENTS WHO HAVE WITHDRAWN BETWEEN SCHOOL YEARS
```

STATE GRADING SCALE FOR HIGH SCHOOL STUDENTS (REGARDLESS OF ENTRY DATE) EFFECTIVE SCHOOL YEAR 1997-1998

```
                                   GRADING SCALE, EFFECTIVE 07/01/2001
             GRADE   QUALITY                    GRADE   QUALITY                    GRADE   QUALITY
GRADE  EQUIVALENT    POINTS       GRADE  EQUIVALENT    POINTS       GRADE  EQUIVALENT    POINTS
A =    90 - 100      4.00         B =    80 - 89      3.00         C =    70 - 79      2.00
D =    60 - 69       1.00         F =     0 - 59      0.00
```

```
                                   GRADING SCALE, PRIOR TO 07/01/2001
             GRADE   QUALITY                    GRADE   QUALITY                    GRADE   QUALITY
GRADE  EQUIVALENT    POINTS       GRADE  EQUIVALENT    POINTS       GRADE  EQUIVALENT    POINTS
A =    94 - 100      4.00         B =    85 - 93      3.00         C =    77 - 84      2.00
D =    70 - 76       1.00         F =     0 - 69      0.00
```

```
NOTE: FROM THE 1987-1988 THROUGH THE 1996-1997 SCHOOL YEARS, FOR STUDENTS ENTERING
      HIGH SCHOOL DURING THESE YEARS, THE GRADE EQUIVALENTS FOR C, D, AND F WERE:
      C = 75-84, D = 65-74, AND F = 0-64; QUALITY POINTS AND ALL OTHER GRADES WERE
      THE SAME AS THOSE SHOWN IN THE IMMEDIATELY PRECEDING STATE GRADING SCALE.
```

```
TO - DISTRICT:      87                           SCHOOL:         COMMENTS                          FILE: SRTS12IS
GRADE LEVEL: 11  PREPARED DATE: 06/27/2022    CURRENT DISTRICT: 29 HILLSBOROUGH SCHOO                    PAGE  6
FL STUDENT ID: XXXXX3543X    SSN: XXX-XX      CURRENT SCHOOL: 5058 FALKENBURG ROAD JAIL
```

LEGAL NAME: LEWIS, ANDRE MAURICE

```
------------------------------------ STATE DEFINED COURSE FLAGS ------------------------------------
E=ACADEMIC SCHOLAR-ELECTIVE      R=ACADEMIC SCHOLAR-REQUIREMENT        9=NINTH GRADER
G=GIFTED                         H=HONORS                             N=NO CREDIT
I=INCLUDE IN GPA                 X=EXCLUDE FROM GPA                   W=EXCLUDE FROM STATE GPA
P=COURSE IS IN PROGRESS          S=CREDIT AWARDED BY SLEP EXAM        T=TRANSFERRED COURSE

CAREER & TECH SUBSTITUTION CRSES-                                     &=JROTC AIR FC SUB FOR LIFE MGMT
$=JOURNALISM SUB FOR PRAC ARTS   0=JROTC SUB FOR PRACTICAL ARTS       1=COMP ED SUB FOR PRACTICAL ARTS
2=SUB FOR BUS EN I 1001440       3=SUB FOR BUS EN I 1001440/II 1001450 4=SUB FOR MA I 1205540
5=SUB FOR MA I 1205380/II 1205390 6=SUB FOR GEN SCI 2002310, 8427100   7=SUB FOR ANAT PHYSIO 2000350
8=SUB FOR PRE ALGEBRA 1200300    A=JROTC CST GD SUB FOR SCIENCE       F=JROTC AIR FC SUB FOR SCIENCE
K=JROTC NAVY SUB FOR SCIENCE     O=JROTC ARMY SUB FOR LIFE MGMT       Q=JROTC MARINE SUB FOR LIFE MGMT
3=SUB FOR BIO TECH 2000430       #=SUB FOR ENV SCI 2001340            %=SUB FOR PHY SCI 2003310
*=SUBSTITUTE FOR COURSE SPECIFIED ON FOLLOWING LINE ON COURSE LIST

ELL INSTRUCTION-
M=HOME LANGUAGE INSTRUCTION      B=HOME LANGUAGE &/OR ESOL INSTRUCTION (ELEMENTARY SELF-CONTAINED)
D=ESOL INSTRUCTION

------------------------------------ SCHOOL YEAR 1989-1990 COMMENTS ------------------------------------
        GRADING SCALE: A=94-100, B=85-93, C=75-84, D=65-74, F=0-64, H=NO EXAM REQUIRED
        I=INCOMPLETE, NG=NO GRADE, FX=BELOW REQUIRED MINIMUM ON EXAM
        A .04 BONUS IS ADDED TO THE DISTRICT GPA FOR EACH SEMESTER HONORS COURSE
        PASSED WITH A 'C' OR HIGHER.
        DISTRICT COURSE FLAGS: C=EXCLUDE FROM STATE AND DISTRICT GPA, BUT INCLUDE IN
        CREDIT EARNED IN STUDENT'S CREDIT SUMMARY, J=LOCAL SUBJECT AREA DIFFERS FROM
        STATE-DEFINED SUBJECT AREA, U=SEMESTER 1 COURSE CONTENT, V=SEMESTER 2 COURSE
        CONTENT.

------------------------------------ SCHOOL YEAR 1990-1991 COMMENTS ------------------------------------
        GRADING SCALE: A=94-100, B=85-93, C=75-84, D=65-74, F=0-64, H=NO EXAM REQUIRED
        I=INCOMPLETE, NG=NO GRADE, FX=BELOW REQUIRED MINIMUM ON EXAM
        A .04 BONUS IS ADDED TO THE DISTRICT GPA FOR EACH SEMESTER HONORS COURSE
        PASSED WITH A 'C' OR HIGHER.
        DISTRICT COURSE FLAGS: C=EXCLUDE FROM STATE AND DISTRICT GPA, BUT INCLUDE IN
        CREDIT EARNED IN STUDENT'S CREDIT SUMMARY, J=LOCAL SUBJECT AREA DIFFERS FROM
        STATE-DEFINED SUBJECT AREA, U=SEMESTER 1 COURSE CONTENT, V=SEMESTER 2 COURSE
        CONTENT.

------------------------------------ SCHOOL YEAR 1991-1992 COMMENTS ------------------------------------
        SAME AS PREVIOUS YEAR

------------------------------------ SCHOOL YEAR 1992-1993 COMMENTS ------------------------------------
        SAME AS PREVIOUS YEAR

------------------------------------ SCHOOL YEAR 1993-1994 COMMENTS ------------------------------------
        A .04 BONUS IS ADDED TO THE DISTRICT GPA FOR EACH SEMESTER HONORS COURSE
        PASSED WITH A 'C' OR HIGHER.
        BEGINNING WITH THE GRADUATING CLASS OF 1994-1995, HIGH SCHOOL CREDITS IN
        MATHEMATICS AND SCIENCE, WHEN EARNED IN GRADE SEVEN OR EIGHT, MAY BE USED TO
        MEET SPECIFIC GRADUATION REQUIREMENTS IN MATHEMATICS AND SCIENCE, BUT DO NOT
        APPLY TO THE 24 TOTAL CREDITS REQUIRED FOR GRADUATION.
        DISTRICT COURSE FLAGS: C=EXCLUDE FROM STATE AND DISTRICT GPA, BUT INCLUDE IN
        CREDIT EARNED IN STUDENT'S CREDIT SUMMARY, J=LOCAL SUBJECT AREA DIFFERS FROM
        STATE-DEFINED SUBJECT AREA, U=SEMESTER 1 COURSE CONTENT, V=SEMESTER 2 COURSE
        CONTENT.

------------------------------------ SCHOOL YEAR 1994-1995 COMMENTS ------------------------------------
        SAME AS PREVIOUS YEAR

------------------------------------ SCHOOL YEAR 1995-1996 COMMENTS ------------------------------------
        SAME AS PREVIOUS YEAR

------------------------------------ SCHOOL YEAR 1996-1997 COMMENTS ------------------------------------
        A .04 BONUS IS ADDED TO THE DISTRICT GPA FOR EACH SEMESTER HONORS COURSE
        PASSED WITH A 'C' OR HIGHER (.08 FOR EACH ADVANCED PLACEMENT HONORS COURSE).
        BEGINNING WITH THE GRADUATING CLASS OF 1994-95, HIGH SCHOOL CREDITS IN
        MATHEMATICS AND SCIENCE, WHEN EARNED IN GRADE SEVEN OR EIGHT, MAY BE USED TO
```

```
TO - DISTRICT:      87                              SCHOOL:        COMMENTS                        FILE: SRTS12IS
GRADE LEVEL: 11  PREPARED DATE: 06/27/2022    CURRENT DISTRICT: 29 HILLSBOROUGH SCHOO                  PAGE  7
FL STUDENT ID: XXXXX3543X      SSN: XXX-XX-        CURRENT SCHOOL: 5058 FALKENBURG ROAD JAIL
```

LEGAL NAME: LEWIS, ANDRE MAURICE

```
----------------------------------- SCHOOL YEAR 1996-1997 COMMENTS -----------------------------------
     MEET SPECIFIC GRADUATION REQUIREMENTS IN MATHEMATICS AND SCIENCE, BUT DO NOT
     APPLY TO THE 24 TOTAL CREDITS REQUIRED FOR GRADUATION.
     DISTRICT COURSE FLAGS: C=EXCLUDE FROM STATE AND DISTRICT GPA, BUT INCLUDE IN
     CREDIT EARNED IN STUDENT'S CREDIT SUMMARY, J=LOCAL SUBJECT AREA DIFFERS FROM
     STATE-DEFINED SUBJECT AREA, U=SEMESTER 1 COURSE CONTENT, V=SEMESTER 2 COURSE
     CONTENT, Y=DISTRICT HONORS COURSE, Z=ADVANCED PLACEMENT HONORS COURSE

----------------------------------- SCHOOL YEAR 1997-1998 COMMENTS -----------------------------------
     SAME AS PREVIOUS YEAR

----------------------------------- SCHOOL YEAR 1998-1999 COMMENTS -----------------------------------
     SAME AS PREVIOUS YEAR

----------------------------------- SCHOOL YEAR 1999-2000 COMMENTS -----------------------------------
     SAME AS PREVIOUS YEAR

----------------------------------- SCHOOL YEAR 2000-2001 COMMENTS -----------------------------------
     SAME AS PREVIOUS YEAR

----------------------------------- SCHOOL YEAR 2001-2002 COMMENTS -----------------------------------
     SAME AS PREVIOUS YEAR

----------------------------------- SCHOOL YEAR 2002-2003 COMMENTS -----------------------------------
     SAME AS PREVIOUS YEAR

----------------------------------- SCHOOL YEAR 2003-2004 COMMENTS -----------------------------------
     SAME AS PREVIOUS YEAR

----------------------------------- SCHOOL YEAR 2004-2005 COMMENTS -----------------------------------
     SAME AS PREVIOUS YEAR
```

```
TO - DISTRICT:      87                          SCHOOL:      CATEGORY B INFORMATION        FILE: SRTS12IS
GRADE LEVEL: 11  PREPARED DATE: 06/27/2022___CURRENT DISTRICT: 29 HILLSBOROUGH SCHOO        PAGE  8 OF  8
FL STUDENT ID: XXXXX3543X     SSN: XXX-XX-     CURRENT SCHOOL: 5058 FALKENBURG ROAD JAIL

LEGAL NAME: LEWIS, ANDRE MAURICE

WITHDRAWAL DATE: 01/11/2005  CODE: W22
STUDENT NAME, AKA: JEFFRIES        ANDRE        MAURICE

HOME LANGUAGE SURVEY DATE: 08/22/1991              COUNTRY OF BIRTH: US UNITED STATES
NATIVE LANGUAGE: EN ENGLISH                        PRIMARY HOME LANGUAGE: EN ENGLISH

HEALTH EXAMINATION, SCHOOL ENTRY: Y SCHOOL ENTRY HEALTH EXAMINATION CERTIFIED.
SCREENINGS - HEARING: ZZ NOT APPLICABLE                    VISION: VY STUDENT TOOK AND PASSED TEST

--------------------------------- EXCEPTIONAL STUDENT INFORMATION -----------------------------------
STUDENT PLAN DATE: 12/14/2004  CURRENT EVALUATION/RE-EVALUATION DATE: 02/28/2000
PRIMARY EXCEPTIONALITY: A EDUCABLE MENTALLY HANDICAPPED   FEFP PROGRAM: 102 4-8 BASIC

----------------------------------------- TEST INFORMATION ------------------------------------------
TEST INFORMATION:
    TEST      TEST  LEVEL  SUBJECT      SCORE    SCORE  SUBJECT      SCORE   SCORE  SUBJECT      SCORE   SCORE
GRD DATE      NAME  FORM   CONTENT TYPE  TYPE     TYPE  CONTENT TYPE  TYPE    TYPE  CONTENT TYPE   TYPE

11 11/11/2004  SAR        READ(T)  NC 0218   0000  MATH(T)  NC 0154    0000

*_____ END OF TRANSCRIPT _____*
```

```
                    EXCEPTIONAL EDUCATION SERVICES DISPLAY              SDP8661
                               FOR DISTRICT 29
    STUDENT NUMBER/NAME:  7990971 LEWIS            ANDRE        MAURICE
    LAST PLAN DATE: 12/14/2004    PRIMARY EXCEP: A  |EARLY INTERV SVCS (AGE 0-2)
    MOST RECENT EVAL: 02/28/2000  FED. DEAF/BLIND: _  |(A B C D E F G H J L N O P)
    MIN. PERF. STDS FOR GRAD.: _____  SP.DIPLOMA: SA | Z Z Z Z Z Z Z Z Z Z Z Z
    |   POSTSCHOOL OUTCOME AREA (AGE 16 & OLDER)             |  IDEA PART B: _
    |A1-A5 B1 B2 B3 B4 B5 B6 B7 C1-C3 D1-D6 E1 E2 E3 E4 E5 E6 |    CHAPTER 1: _
    | ZZ   ZZ ZZ ZZ ZZ ZZ ZZ ZZ  ZZ    ZZ   ZZ ZZ ZZ ZZ ZZ ZZ |TRANS RELEASE: _
    |                                                        | ENVIRONMENT: C
    PROG  STAT   REFERRED    COMPLETED    ELIGIBILITY  PLACEMENT   STATUS CHANGE
    2010   1   03/12/1991    09/27/1991   01/14/1992   01/14/1992
    2050   8   _____    09/27/1990   10/12/1990   10/31/1990   09/19/1991
    ____   _   _____    _____   _____   _____   _____
    ____   _   _____    _____   _____   _____   _____
    ____   _   _____    _____   _____   _____   _____
    ____   _   _____    _____   _____   _____   _____
    ____   _   _____    _____   _____   _____   _____
    ____   _   _____    _____   _____   _____   _____

                    <PF11> SUB-MENU    <PF12> MAIN MENU

    4-© §        1    Sess-1    168.254.2.10          TCP01000          1/1
```

                    SPECIAL PROGRAM CODE  DOSS/DEES              SPECPGCD


        2010 = EDUCABLE MENTALLY HANDICAPPED
        2020 = TRAINABLE MENTALLY HANDICAPPED
        2030 = ORTHOPEDICALLY IMPAIRED
        2031 = TRAUMATIC BRAIN INJURED
        2032 = OTHER HEALTH IMPAIRED
       *2038 = PHYS HND (HOSP HMBND/DUALLY ENROLLED)
        2039 = PHYSICALLY HAND (HOSP HOMEBND)
        2040 = PHYSICAL THERAPY
        2041 = OCCUPATIONAL THERAPY
        2050 = SPEECH, PART TIME
        2051 = LANGUAGE, PART TIME
        2052 = HEARING, PART TIME
        2060 = SPEECH, FULL TIME
        2061 = LANGUAGE, FULL TIME
        2062 = HEARING, FULL TIME
        2068 = ESTABLISHED CONDITIONS
        2069 = DEVELOPMENTALLY DELAYED

           <PF2> EXIT          <PF7> BACKWARD        <PF8> FORWARD

4-© §            1    Sess-1   168.254.2.10            TCP01000        1/1

Name: 172879 - Date: 6/27/2022  Time: 12:42:14 PM

```
( B )                     MEDICAL INFORMATION DISPLAY                    SDP8162
                              FOR DISTRICT 29
LOCAL STUDENT NUMBER: 7990971          STATE STUDENT NUMBER: 591363543X
STUDENT NAME (LFMA):  LEWIS              ANDRE          MAURICE

BIRTH VERIF.: 1      IMMUNIZATION STATUS: O      HEALTH EXAM: Y

VACCINE    SERIES DOSES (MM/DD/YY)    EXPIRATION DATE (MM/DD/YY)  __ / __ / __
             (1)            (2)            (3)            (4)            (5)
DTP        09 / 18 / 86  11 / 13 / 86  01 / 08 / 87  09 / 03 / 87  01 / 29 / 90
DT         __ / __ / __  __ / __ / __  __ / __ / __  __ / __ / __  __ / __ / __
TD         07 / 15 / 97  __ / __ / __  __ / __ / __         TDAP   __ / __ / __
POLIO      09 / 18 / 86  11 / 13 / 86  09 / 03 / 87  01 / 29 / 90  __ / __ / __
HIB        01 / 29 / 90  __ / __ / __  __ / __ / __  __ / __ / __
MMR        11 / 13 / 86  07 / 15 / 97
MEASLES    __ / __ / __  __ / __ / __
MUMPS      __ / __ / __     RUBELLA    __ / __ / __
VARICELLA  __ / __ / __  __ / __ / __  DISEASE ____ (CCYY)
HEP. B     __ / __ / __  __ / __ / __                (2 DOSE)
HEP. B     07 / 15 / 97  08 / 11 / 97  03 / 30 / 98  (3 DOSE)

   <PF3> DISPLAY (KEY)    <PF7> BACKWARD    <PF11> SUB-MENU
                          <PF8> FORWARD     <PF12> MAIN MENU
4-© §            1     Sess-1    168.254.2.10            TCP01000           2/4
```

Name: 172879 - Date: 6/27/2022  Time: 12:42:24 PM

```
( B )                      MEDICAL INFORMATION DISPLAY                    SDP8162
                               FOR DISTRICT 29
LOCAL STUDENT NUMBER: 7990971           STATE STUDENT NUMBER: 591363543X
STUDENT NAME (LFMA):  LEWIS              ANDRE        MAURICE

BIRTH VERIF.: 1      IMMUNIZATION STATUS: O      HEALTH EXAM: Y

VACCINE   SERIES DOSES (MM/DD/YY)   EXPIRATION DATE (MM/DD/YY)  __ / __ / __
          (1)             (2)            (3)            (4)            (5)
PNEU CONJ __ / __ / __   __ / __ / __   __ / __ / __   __ / __ / __
HPV        __ / __ / __   __ / __ / __   __ / __ / __
MENINGI.   __ / __ / __
HEP. A     __ / __ / __   __ / __ / __
H1N1       __ / __ / __   __ / __ / __
INFLUENZA __ / __ / __



     <PF3> DISPLAY (KEY)    <PF7> BACKWARD    <PF11> SUB-MENU
                            <PF8> FORWARD     <PF12> MAIN MENU
_____
4-© §          1    Sess-1    168.254.2.10            TCPO1OOO          2/4
```



**FLORIDA DEPARTMENT OF**

# HEALTH

## FLORIDA CERTIFICATION OF IMMUNIZATION

**Legal Authority:  FLORIDA STATUTES 232.032, s. 10D-3.088, F.A.C. and s. 10M-12, F.A.C.**

Lewis       Andre

| LAST NAME | FIRST | MI | DOB MO/DA/YR |
|---|---|---|---|

| PARENT OR GUARDIAN | Child's SS# (optional) | STATE IMMUNIZATION ID#[1] |
|---|---|---|

**Directions:**

- Enter all appropriate doses and dates below.
- Sign and date appropriate certificate (A-1, A-2, B, or C) on reverse side of form.
- If the child is presenting for the 7th grade requirement <u>only</u> and has previously filed a Certificate of Immunization (680A or 680A-1) with their current Florida school, fill in boxed areas below and complete Part A-2 on the reverse side of this form.
- For additional information:  See Immunization Guidelines for School and Child Care Facilities for information and instructions on form completion and immunization requirements.  Guidelines are updated annually and are available from the local county health department.

| VACCINE | DOE CODE | Dose 1 MO/DA/YR | Dose 2 MO/DA/YR | Dose 3 MO/DA/YR | Dose 4 MO/DA/YR | Dose 5 MO/DA/YR |
|---|---|---|---|---|---|---|
| DTaP/DTP[2] | A | 9-18-86 | 11-13-86 | 1-8-87 | 9-3-87 | 1-24-90 |
| DT[3] | B | | | | | |
| Td[4] | C | | | | 7-15-97 | |
| Polio[5] | D | 9-18-86 | 11-13-86 | 9-3-87 | 1-24-90 | |
| HIB[6] | E | 1-24-40 | | | | |
| MMR (Combined)[7] | F | 11-13-86 | 7-15-94 | | | |
| (Separate)[8] | G, H, I | Measles (dose 1) | Measles (dose 2) | Mumps | Rubella | |
| Hepatitis B[9] | J | 2-15-92 | 8-11-97 | 3-30-98 | | |

1. The state immunization ID# is an identifier supplied by the state immunization registry (optional).
2. DTP  5 doses required.  If the fourth primary dose is administered on or after the fourth birthday a fifth dose is not required.  DTaP is an acceptable alternative for one or more doses of DTP.
3. DT (pediatric) is acceptable if Pertussis vaccine is medically contraindicated. (Complete Part C for Pertussis contraindication.)
4. Td (Adult) Vaccine  is recommended for children 7 years of age or older.
5. Polio 4 doses required.  If the third dose is administered on or after the fourth birthday, a fourth dose is not required.  IPV is an acceptable alternative for one or more doses of OPV.  Polio vaccine is not required for children 18 years of age or older.
6. Hib is required for child care and preschool entry and attendance only.
7. 1st dose valid if given on or after 1st birthday.  Second dose (measles) valid if given at least 1 month after 1st dose. A second dose of measles (preferably MMR) is required for students in grades K-4 in the 1997-98 school year, and 7th grade entry and attendance effective with the 1997/98 school year.  In each subsequent year thereafter, the next highest grades are included.
8. Includes single measles vaccine (G), single mumps vaccine (H) or single rubella vaccine (I).
9. Hepatitis B vaccine series is required for seventh grade entry and attendance effective with the 1997-98 school year and kindergarten entry and attendance effective with the 1998-99 school year.  In each subsequent year thereafter, the next highest grades are included.

| **LAST NAME** | **FIRST** | **MI** | **DOB (MO/DA/YR)** |
|---|---|---|---|

## Certificate of Immunization for K-12 *Excluding* 7th Grade Requirements

**PART A-1** (Immunizations are complete for school entry and attendance grades kindergarten through 12 with the exception of the 7th grade requirement.)  DOE Code 1

*I have reviewed the records available, and to the best of my knowledge, the above named child has been adequately immunized against diphtheria, tetanus, pertussis, polio, measles, mumps, rubella and hepatitis B (for kindergarten effective with the 1998/99 school year) for school attendance as documented on the reverse side of this form.*

**Physician or Clinic Name:**
*(Print or stamp)* _____

**Physician or
Authorized Signature:** _____

**Address:** _____

**Date:** _____

---

## Certificate of Immunization Supplement for 7th Grade Requirement

**PART A-2** (Immunizations are complete for students who enter or attend the 7th grade after the beginning of the 1997/98 school year.  Each subsequent year thereafter, the next highest grade will be included in the requirement.)  DOE Code 8

*I have reviewed the records available, and to the best of my knowledge, the above named child has received the following immunizations required for entry and attendance in 7th grade effective with the 1997/98 school year: tetanus-diphtheria booster, hepatitis B vaccine series, and second dose of measles vaccine as documented on the reverse side of this form (boxed areas).*

**Physician or Clinic Name:**
*(Print or stamp)*

THE KID'S DOCTOR
**Address:** 4820 N. HABANA AVENUE
TAMPA, FLORIDA 33614

**Physician or
Authorized Signature:** _____

**Date:** 3-30-98

---

## Temporary Medical Exemption

**PART B**  (For preschool children, children in day care and school children who are incomplete for immunizations in Part A-1 or A-2.)  Invalid without expiration date.  DOE Code 2

*I certify that the above named child has received the immunizations documented on the reverse side of this form and has commenced a schedule to complete the required immunizations.  Additional immunizations are not medically indicated at this time.*

**Physician or Clinic Name:**
*(Print or stamp)* _____

**Expiration Date:**
(15 days after next immunization appointment) _____

**Address:** _____

**Physician or
Authorized Signature:** _____

**Date:** _____

---

## Permanent Medical Exemption

**PART C**  For medically contraindicated immunizations, list each vaccine and state valid clinical reasoning or evidence for exemption: DOE Code 3

_____

_____

*I certify that the physical condition of this child is such that immunization(s) as indicated in Part C above is medically contraindicated.*

**Physician or Clinic Name:**
*(Print or stamp)* _____

**Physician Signature:** _____

**Address:** _____

**Date:** _____

DH 680, 11/96, obsoletes earlier editions (Stock Number: 5740-000-0680-6)

FOR STUDENT NUMBER/NAME: 7990971     ANDRE        M LEWIS

| DATE OF INCIDENT | INCIDENT TYPE | SCHOOL NAME | NAME | REPORTED BY SEX RACE POSITION | PER | DISCIPLINARY/REFERRAL ACTION | DAYS DISC |
|---|---|---|---|---|---|---|---|
| 2001-02 | | | | | | | |
| 10/18/01 | DISORDERLY CONDUCT | CARVER EXCEPTIONAL CENTER | GIBBS | TEACHER | 00 | OUT-OF-SCHOOL SUSPENSION | 002 |

REASON FOR REFERRAL:     PROFANITY, DISRUPTION,

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/06/01 | THREAT/INTIMIDATION | CARVER EXCEPTIONAL CENTER | GIBBS | TEACHER | 00 | TIMEOUT | 000 |

REASON FOR REFERRAL:     THREAT TO HIT TEACHER

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/07/01 | DISORDERLY CONDUCT | CARVER EXCEPTIONAL CENTER | GIBBS | TEACHER | 00 | TIMEOUT | 000 |

REASON FOR REFERRAL:     PROFANITY TOWARD TEACHER

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 01/14/02 | INAPPROPRIATE BEHAVIOR | CARVER EXCEPTIONAL CENTER | GIBBS | TEACHER | 00 | TIMEOUT | 000 |

REASON FOR REFERRAL:     DISRUPTION IN THE CLASSRROM

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 01/17/02 | DISOBEDIENCE/INSUBORDINATION | CARVER EXCEPTIONAL CENTER | GIBBS | TEACHER | 00 | OUT-OF-SCHOOL SUSPENSION | 001 |

REASON FOR REFERRAL:     PROFANITY, THREATS, AND DISRUPTION

6/27/22
REPORT SD3407A

Case 6:22-cr-00019-PGB-DCI   Document 45-1   Filed 11/10/22   Page 27 of 53 PageID 1262
SCHOOL DISTRICT OF HILLSBOROUGH COUNTY, FLORIDA
STUDENT DISCIPLINE HISTORY REPORT

PAGE     2

FOR STUDENT NUMBER/NAME: 7990971     ANDRE        M LEWIS

| DATE OF INCIDENT | INCIDENT TYPE | SCHOOL NAME | NAME | REPORTED BY SEX RACE POSITION | PER | DISCIPLINARY/REFERRAL ACTION | DAYS DISC |
|---|---|---|---|---|---|---|---|
| 01/23/02 | FIGHTING | CARVER EXCEPTIONAL CENTER | GIBBS | TEACHER | 00 | OUT-OF-SCHOOL SUSPENSION | 002 |

REASON FOR REFERRAL:    FIGHTING IN THE CLASSROOM

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 01/30/02 | BATTERY | CARVER EXCEPTIONAL CENTER | GIBBS | TEACHER | 00 | OUT-OF-SCHOOL SUSPENSION | 010 |

REASON FOR REFERRAL:    ASSAULT AND BATTERY ON HIS TEACHER

2000-01

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 08/14/00 | INAPPROPRIATE BEHAVIOR | JEFFERSON HIGH SCHOOL | VICTOR | TEACHER | 00 | OUT-OF-SCHOOL SUSPENSION | 005 |

REASON FOR REFERRAL:    INAPPROPRIATE BEHAVIOR ON THE BUS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 08/28/00 | INAPPROPRIATE BEHAVIOR | JEFFERSON HIGH SCHOOL | DEMID | TEACHER | 01 | IN-SCHOOL SUSPENSION | 003 |

REASON FOR REFERRAL:    INAPPROPRIATE BEHAVIOR

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 09/15/00 | PROFANITY | JEFFERSON HIGH SCHOOL | GRESETH | TEACHER | 01 | OUT-OF-SCHOOL SUSPENSION | 004 |

REASON FOR REFERRAL:    PROFANITY TOWARDS A SCHOOL BOARD EMPLOYEE

6/27/22
REPORT SD3407A

Case 6:22-cr-00019-PGB-DCI  Document 45-1  Filed 11/10/22  Page 28 of 53 PageID 1263
SCHOOL DISTRICT OF HILLSBOROUGH COUNTY, FLORIDA
STUDENT DISCIPLINE HISTORY REPORT

PAGE    3

FOR STUDENT NUMBER/NAME: 7990971    ANDRE    M LEWIS

| DATE OF INCIDENT | INCIDENT TYPE | SCHOOL NAME | NAME | REPORTED BY SEX RACE POSITION | PER | DISCIPLINARY/REFERRAL ACTION | DAYS DISC |
|---|---|---|---|---|---|---|---|
| 11/02/00 | INAPPROPRIATE BEHAVIOR | JEFFERSON HIGH SCHOOL | VICTOR | TEACHER | 00 | OUT-OF-SCHOOL SUSPENSION | 005 |

REASON FOR REFERRAL:    INAPPROPRIATE BEHAVIOR

| 11/16/00 | INAPPROPRIATE BEHAVIOR | JEFFERSON HIGH SCHOOL | DEMID | TEACHER | 03 | OUT-OF-SCHOOL SUSPENSION | 003 |

REASON FOR REFERRAL:    FIGHTING IN THE LUNCH ROOM

| 11/28/00 | INAPPROPRIATE BEHAVIOR | JEFFERSON HIGH SCHOOL | BENDER | TEACHER | 04 | OUT-OF-SCHOOL SUSPENSION | 010 |

REASON FOR REFERRAL:    INAPPROPRIATE BEHAVIOR

| 01/29/01 | DISORDERLY CONDUCT | CARVER EXCEPTIONAL CENTER | BREAUREGAR | TEACHER | 00 | OUT-OF-SCHOOL SUSPENSION | 001 |

REASON FOR REFERRAL:    FIGHTING, REFUSING TO FOLLOW ANY DIRECTIONS

| 02/22/01 | BUS - HANGING OUT OF WINDOW | CARVER EXCEPTIONAL CENTER | EPPS | BUS DRIVER | 00 | CONFERENCE WITH STUDENT | 000 |

REASON FOR REFERRAL:    HANGING OUT BUS WINDOW, REFUSING TO STAY SEATED

| 03/14/01 | DISORDERLY CONDUCT | CARVER EXCEPTIONAL CENTER | GIBBS, | TEACHER | 00 | OUT-OF-SCHOOL SUSPENSION | 002 |

6/27/22
REPORT SD3407A

Case 6:22-cr-00019-PGB-DCI   Document 45-1   Filed 11/10/22   Page 29 of 53 PageID 1264
SCHOOL DISTRICT OF HILLSBOROUGH COUNTY, FLORIDA
STUDENT DISCIPLINE HISTORY REPORT

PAGE      4

FOR STUDENT NUMBER/NAME: 7990971      ANDRE      M LEWIS

| DATE OF INCIDENT | INCIDENT TYPE | SCHOOL NAME | NAME | REPORTED BY SEX RACE POSITION | PER | DISCIPLINARY/REFERRAL ACTION | DAYS DISC |
|---|---|---|---|---|---|---|---|
| | REASON FOR REFERRAL:   AWOL, PROFANITY, DISRUPTION | | | | | | |
| 04/20/01 DISRESPECTFUL | | CARVER EXCEPTIONAL CENTER | EPPS | BUS DRIVER | 00 | CONFERENCE WITH STUDENT | 000 |
| | REASON FOR REFERRAL:   DISRUPTION ON BUS | | | | | | |
| 05/16/01 DISORDERLY CONDUCT | | CARVER EXCEPTIONAL CENTER | GIBBS | TEACHER | 00 | TIMEOUT | 000 |
| | REASON FOR REFERRAL:   BANGING ON METAL CABINET DISRUPTION THE CLASSROOM | | | | | | |

1999-00

| DATE OF INCIDENT | INCIDENT TYPE | SCHOOL NAME | NAME | REPORTED BY SEX RACE POSITION | PER | DISCIPLINARY/REFERRAL ACTION | DAYS DISC |
|---|---|---|---|---|---|---|---|
| 01/14/00 PROFANITY | | JEFFERSON HIGH | JONES | TEACHER | 00 | OUT-OF-SCHOOL SUSPENSION | 005 |
| | REASON FOR REFERRAL:   TOLD MS. JONES FUCK YOU. ALSO HAD TWO OTHER REFERRALS THAT DAY FORLEAVING CLASS W/O PERMISSION AND BEING ARGUMENTATIVE WITH TEACH | | | | | | |
| 02/14/00 TARDINESS | | JEFFERSON HIGH | GLENN | AP | 00 | IN-SCHOOL SUSPENSION | 002 |
| | REASON FOR REFERRAL:   EXCESSIVE TAEDIES (4) | | | | | | |

FOR STUDENT NUMBER/NAME: 7990971    ANDRE        M LEWIS

| DATE OF INCIDENT | INCIDENT TYPE | SCHOOL NAME | NAME | REPORTED BY SEX RACE POSITION | PER | DISCIPLINARY/REFERRAL ACTION | DAYS DISC |
|---|---|---|---|---|---|---|---|
| 02/16/00 | INAPPROPRIATE BEHAVIOR | JEFFERSON HIGH | SIMMONDS | TEACHER | 00 | IN-SCHOOL SUSPENSION | 003 |

REASON FOR REFERRAL:    STUDENT KICKED A VOLLEYBALL AT THE TEACHER AND HIT TH E TEACHER

| 02/22/00 | NON-COMPLIANCE WITH ASSIGNED DISCIPLI | JEFFERSON HIGH | GLENN | AP | 00 | OUT-OF-SCHOOL SUSPENSION | 002 |

REASON FOR REFERRAL:    INAPPROPRIATE BEHAVIOR IN ISS

| 03/30/00 | LEFT CLASS WITHOUT PERMISSION | JEFFERSON HIGH | KNAPPE | TEACHER | 05 | CONFERENCE WITH STUDENT | 000 |

REASON FOR REFERRAL:    LEFT CLASS W/O/ PERMISSION

| 04/11/00 | PROFANITY | JEFFERSON HIGH | MILLER | TEACHER | 02 | OUT-OF-SCHOOL SUSPENSION | 002 |

REASON FOR REFERRAL:    PROFANITY TOWARDS A TEACHER

| 05/09/00 | DISOBEDIENCE/INSUBORDINATION | JEFFERSON HIGH | WEST | TEACHER | 05 | OUT-OF-SCHOOL SUSPENSION | 002 |

REASON FOR REFERRAL:    DISOBEDIENCE/INSUBORDINATION

1998-99

6/27/22
REPORT SD3407A

Case 6:22-cr-00019-PGB-DCI   Document 45-1   Filed 11/10/22   Page 31 of 53 PageID 1266
SCHOOL DISTRICT OF HILLSBOROUGH COUNTY, FLORIDA
STUDENT DISCIPLINE HISTORY REPORT

PAGE      6

FOR STUDENT NUMBER/NAME: 7990971      ANDRE      M LEWIS

| DATE OF INCIDENT | INCIDENT TYPE | SCHOOL NAME | NAME | REPORTED BY SEX RACE POSITION | PER | DISCIPLINARY/REFERRAL ACTION | DAYS DISC |
|---|---|---|---|---|---|---|---|
| 08/26/98 DISRUPTIVE | | COLEMAN MIDDLE SCHOOL | HOLDEN | TEACHER | 07 | OUT-OF-SCHOOL SUSPENSION | 002 |

REASON FOR REFERRAL:      THROWING PAPER, BOOKS, PENS ACROSS THE ROOM.

| 10/08/98 DISRESPECTFUL | | COLEMAN MIDDLE SCHOOL | HOLDEN | TEACHER | 06 | OUT-OF-SCHOOL SUSPENSION | 001 |

REASON FOR REFERRAL:      SAID HE WAS "NOT GOING TO THIS FUCKING SCHOOL" AND      SHOT A "BIRD" AT ME

| 10/20/98 INAPPROPRIATE BEHAVIOR | | COLEMAN MIDDLE SCHOOL | HOLDEN | TEACHER | 04 | OUT-OF-SCHOOL SUSPENSION | 002 |

REASON FOR REFERRAL:      STUDENT WOULD NOT CEASE MAKING SEXUAL JESTURES WITH      HIMSELF AND A DESK - SEXUAL INTERCOURSE IN A VARIETY OF POSES AND POSITIONS.

| 11/03/98 PROFANITY | | COLEMAN MIDDLE SCHOOL | HOLDEN | TEACHER | 07 | OUT-OF-SCHOOL SUSPENSION | 002 |

REASON FOR REFERRAL:      SAID "FUCK" TO THE TEACHER, THREW BOOKBAG ACROSS ROOM - EXITED THE PORTABLE AND BEGAN BANGING ON THE PORTABLE

| 11/03/98 INAPPROPRIATE BEHAVIOR | | COLEMAN MIDDLE SCHOOL | BURGESS | TEACHER | 02 | OUT-OF-SCHOOL SUSPENSION | 002 |

REASON FOR REFERRAL:      KNOCKING KEY AGAINST DESK, SLAMMED KEYBOARD DRAWER      IN AND TURNED OFF COMPUTER INAPPROPRIATELY, THREW DISC ACROSS ROOM

| 11/23/98 DISRESPECTFUL | | COLEMAN MIDDLE SCHOOL | BURGESS | TEACHER | 00 | DETENTION | 000 |

6/27/22
REPORT SD3407A

SCHOOL DISTRICT OF HILLSBOROUGH COUNTY, FLORIDA
STUDENT DISCIPLINE HISTORY REPORT

Case 6:22-cr-00019-PGB-DCI   Document 45-1   Filed 11/10/22   Page 32 of 53 PageID 1267

PAGE        7

FOR STUDENT NUMBER/NAME: 7990971    ANDRE        M LEWIS

| DATE OF INCIDENT | INCIDENT TYPE | SCHOOL NAME | NAME | REPORTED BY SEX RACE POSITION | PER | DISCIPLINARY/REFERRAL ACTION | DAYS DISC |
|---|---|---|---|---|---|---|---|

REASON FOR REFERRAL:    I HAVE ASKED ANDRE SEVERAL TIMES TODAY NOT TO TALK    OUT IN CLASS AND TO STAY ON TASK. HE CONTINUED TO DISOBEY ME.


1997-98

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 02/06/98 | DISRESPECTFUL | COLEMAN MIDDLE SCHOOL | LEEPACK | TEACHER | 02 | OUT-OF-SCHOOL SUSPENSION | 001 |
| 02/25/98 | DISOBEDIENCE/INSUBORDINATION | COLEMAN MIDDLE SCHOOL | CIFUENTES | TEACHER | 04 | OUT-OF-SCHOOL SUSPENSION | 001 |
| 03/13/98 | NON-COMPLIANCE WITH ASSIGNED DISCIPLI | COLEMAN MIDDLE SCHOOL | MANNING | TEACHER | 05 | CONFERENCE WITH PARENT | 000 |
| 04/01/98 | DISOBEDIENCE/INSUBORDINATION | COLEMAN MIDDLE SCHOOL | MANNING | TEACHER | 06 | OUT-OF-SCHOOL SUSPENSION | 002 |

# D. Disability Determination Report

*Extracted from Social Security Records*

# Disability Determination Explanation D

## CLAIMANT INFORMATION

This Disability Determination Explanation is for the *DI* claim at the *Initial* level.

### CLAIMANT INFORMATION

#### Claimant Information

**Name**: Andre Maurice Lewis
**SSN**: ███████████
**Phone Number**: ███████████
**Secondary Phone Number**
**Address**:

| Mailing | Residence |
|---------|-----------|
| ███████████ | ███████████ |

**Claimant Gender**: M
**Self Reported Height**: 69 inches
**Self Reported Weight**: 155.0 lbs
**Special Indications**: None.

#### Relevant Dates

#### Below table represents the Relevant Dates

| Date of Birth | Current Age | AOD | Age at AOD | DFI | DLI | Age at DLI |
|---------------|-------------|-----|------------|-----|-----|------------|
| ███████ | 26 years 6 months (Younger person) | 01/01/1992 | 6 years 9 months (Younger person) | | | |

**Does the individual have an attorney/appointed representative?** No

### ALLEGATIONS OF IMPAIRMENTS

**The individual filed for Initial claim for disability on *08/08/2011* due to the following illnesses, injuries, or conditions:**
  Learning disability, adhd

**The individual reports the following limitations:**
**The individual alleges inability to function and/or work as of**
  01/01/1992

**Is the individual working?**
No

**Is Presumptive Disability /Presumptive Blindness appropriate for this claim?**
No

**Prior Electronic Filing**
There are no prior electronic filings.

**Prior Paper Filings:**
02/23/2004

**Prior Filings – Explanation:**
DC ALLOWANCE
**Alleged Onset Date:**
01/01/1992

**Has the individual performed work after the Alleged Onset Date(AOD)?**
Yes

**Is there a Work Activity Report in file?**
Yes

**Will this work affect the Potential Onset Date(POD)?**
No

**Has any period(s) of work been determined to be an Unsuccessful Work Attempt, Subsidized/Sheltered Work or involved Impairment-Related Work Expenses, or other technical issue?**
No

# EVIDENCE OF RECORD

**The following initial evidence has been received**

| Source of Evidence | LAWRENCE N PASMAN PHD |
|---|---|
| EF Received | 09/20/2011 |
| Opinion | No |
| Evidence Type | CE Rprt |
| Level | IN |

| Source of Evidence | JEFFERSON SR HIGH SCHOOL |
|---|---|
| EF Received | 09/08/2011 |
| Opinion | No |
| Evidence Type | 5666–Rqst Admin Info |
| Level | IN |

| Source of Evidence | RECEPTION AND MEDICAL CENTER |
|---|---|
| EF Received | 09/01/2011 |
| Opinion | No |
| Evidence Type | MER |
| Level | IN |

| Source of Evidence | HILLSBOROUGH CO JAIL/CORRECTIONAL HLTH |
|---|---|
| EF Received | 08/24/2011 |
| Opinion | No |
| Evidence Type | MER |
| Level | IN |

| Source of Evidence | ████ |
|---|---|
| EF Received | 08/23/2011 |
| Opinion | No Evidence |
| Evidence Type | 3380–Fnct Rprt–Adlt 3rd Prty |
| Level | IN |

| Source of Evidence | LEWIS, ANDRE MAURICE |
|---|---|
| EF Received | 08/23/2011 |
| Opinion | No Evidence |
| Evidence Type | 3373–Funct Rprt–Adult |
| Level | IN |

| Source of Evidence | HILLSBOROUGH CO SCHOOL BOARD |
|---|---|
| EF Received | 08/22/2011 |
| Opinion | No Evidence |
| Evidence Type | 5666–Rqst Admin Info |
| Level | IN |

| Source of Evidence | Unknown Name |
|---|---|
| EF Received | 08/10/2011 |
| Opinion | No Evidence |
| Evidence Type | 3369–Work Hx |
| Level | IN |

# CLAIM COMMUNICATIONS

**Other**

   **Subject:** Informational – Physical Case Review

   **Details:** Clmt denies having any physical impairment and is not currently under the care of a doctor for any reason. Clmt has not had any ER visits or hosp for any reason. Clmt is not alleging any physical impairments nor does he have any. Clmt indicated on function report that he is unable to lift more than 50lbs due to back and leg pain. Clmt is not currently experiencing any pain at this time. There is no indication of any severe physical impairment that significantly interferes with daily activities or ability to work. Procedures to expedite physical case processing have been applied.
**Signature:**

   Carin Miller, SDM   09/20/2011

**Medical /Psych Consultant**

**Subject:** PRT Notes

**Details:** 26 yo male per case data with 10th grade ed. and work hx reported as
1. CREW MEMBER FAST FOOD 2005 2005
2. LABORER TEMP AGENCY 2005 2005
3. TRASH COLLECTOR TEMP AGENCY 2005 2005

Alleged Impairments: 1. Learning disability, adhd

No difficulties endorsed on teleclaim Observations: NICE YOUNG MAN TO SPEAK WITH.

CE psych 9/15/11 Lawrence Pasman, PhD cl and his sister provided info, CE deemed consistent and reliable.
Dx Dysthymic Disorder; Learning Disorder NOS (per report of cl's sister.) Axis II R/O BIF; R/O ASPD
Per cl's report depressed mood for most of day for at least two years with sx's of poor appetite or overeating, insomnia or hypersomnia, low energy or fatigue, low self-esteem, poor concentration or difficulty making decisions, and feelings of hopelesness. Per sister's report presenting problem learning disability...doesn't comprehend well on following isntructions.
Cl reported he has never been formally employed, sister said he worked two months as part of an unspecified program in 2005. Cl denied attempts to secure employment.
Cl denied recent inpt or outpt MH tx and denied rx's for meds. Hx of illegal activities and arrests, jail, juvenile detention, prison for seven years (no dates) on probation another five years. Report details. Denied A & D abuse.
MS fully oriented, recent memory appears mildly impaired (2/3 iems at five min. delay but with prompting recalled it. Remote memory appears impaired as could not recall any past school teachers and difficulty recalling historical info. Recalled six numbers forward, five numbers backward, four numbers reorganized sequentially (CE concludes concentration inconsistent based on, however, these tests require increasing mental manipulation and therefore decrease in number of digits seems expected/consistent.) Performance considered a relative weakness compared to same-aged peers. Able to add forward by 3's, able to count bacward from 20 to 1, able to recite alphabet quickly, but unable to do serial 7s or spell backwards. No sig. cognitive disturbances or problems with executive functioning detected.. no evidence of confabulation as seen in serious memory disorder. No large gaps in memory reported. Motor behavior normal. Speech soft, logical, coherent, clearly understandable with no evidence of impairment. associations intact. Fund of knowledge deficient as could not name president or current events, named 4/5 cities and did slowly. Able to name objects and follow three stage command but difficulty repeating phrases. Abstract reasoning on proverbs impaired. No evidence of disordered thought processes or perceptual abnormalities.
Reported behaviors suggest difficulty with impulse control...deficits in judgment in activities and social situations, lacks insight. Minimal difficulty in establishing and maintaining emotional rapport. Mood described as 'depressed' and affect mildly blunted. No anger/resentment, no S/H ideation.

Reception and Medical Center records were requested but not received at the time of this review.

Hillsborough Co Jail/Correctional Health MH hx 2/13/03 no psychiatric hsopitalizations, denies illicit drug use reported etoh use every weekend for 2 years. reported hx of special classes, denied S ideation, no attempts, denied violence, yes to thoughts of hurting or killing others "because I hate being locked up and can't do nothing with my life."

Highschool grades generally poor, but showed improvement last semester in 11th grade (Orient Road Jail) with an A and a C on job prep. There was no IEP or records of special ed. placement sent.

3rd party Function Report, mother 8/17/11 reported limited to work by slow learner, ADHD hx, can't sit still, doesn't follow directions well, problems listening to peers. Typical day gets up playing and aggravating people early in the morning, has to constantly move, also has down time, been this way all his life. Hardly ever sleeps. No problems with personal care. Needs reminders. Not on meds. Doesn't prepare meals because mother or grandmother cooks. Does laundry. Has to be told to pick up after himself and has to be told what to do to clean/pick up. Walks or rides bike, never took driver test, Doesn't go out alone fear of getting lost. Shops in stores for food and clothes. Can count

change; never had accts. or paid bills. Socializes most of time on phone. Goes to church and grandmother's regularly. Needs accompaniment. Endorsed physical + memory, completing tasks, concentration, understanding, following instructions, and getting along with others described as he plays alot so it annoys people, but prior question endorsed No problems getting along with others. Had problems with authority in school–stay in trouble. Does not handle stress or change well–short temper and no patience.

Function Report, limited by slow learner, can't do things quick. "I am able to work, but not had a job since 2005 due to my disability problems. I cannot comprehend that well." Typical day up, eat breakfast, sit at home, sometimes walk by myself somewhere, and come home to go to bed. Sometimes can't sleep attributes due to depressed and unable to focus on things. No problems with personal care. Needs reminders, e.g., to wash my clotesh,..showers..apts. Said doesn't prepare own meals but then said prepares food or meals weekly, takes 30 minutes. Does laundry and cleaning a little. Walks and rides bike, afraid to go by self, never got drivers lic. Shops in stores for food, clothes, shoes. Shops about 2x/month. Can count change, never paid bills or had accts. Talks to others on phone when bored, goes to church, sometimes to the movies. Needs reminders and accompaniment. No problems getting along with others. Physical + memory, completing tasks, concentration, understanding, following instructions, and getting along with others (discrepant from above question.) Gets along with authority "somewhat good, but sometimes not to good." Can't handle stress or changes. needs glasses when reads or to see very well.

Dx per CE: Dysthymic Disorder; Learning Disorder NOS (per report of cl's sister.) Axis II R/O BIF; R/O ASPD

CREDIBILITY: partial as inconsistencies, e.g., can't go out alone but sometimes walks somewhere alone then home to bed; doesn't prepare meals but does prepare food/meal weekly; problems getting along with others but no problem getting along with others; Function reported says can't follow directions yet followed directions in MS eval and appears read and completed his function report.

CONCLUSION: Mental impairment severe but does not meet or equal listing at this time. Although ADHD was not established as an MDI in MER available, history of behavior and current complaints of mental function limits by cl and mother seem mostly to describe symptoms of ADHD (concentration, impatience, needs reminders to complete tasks, frustration, STM weakness, hx of impulsivity, etc.) Those symptoms are very treatable and if reported to treating source, diagnosed and treated would be expected to resolve or improve many symptoms. Dysthymic symptoms do not appear to significantly affect functioning.
The cl may have difficulty with recalling detailed instructions and persisting at complex tasks, but appears to retain the ability to persist at routine, uncomplicated tasks as physical allows. He has a history of antisocial behaviors, but currently demonstrates an understanding of and ability to behave socially appropriately as evidenced in FO observations of "nice young man to speak with" on the teleclaim, and his behavior at CE eval. He may need some guidance in setting realistic goals in the work setting. Please see MRFC. Physical needs review by other medical specialty. The cl would likely benefit from exploring if he is eligible for assistance from Vocational Rehabilitation in improving employability.

**Signature:**


Elizabeth Michalec, Ph.D.   09/22/2011

---

## CONSULTATIVE EXAMINATION(S) (CE)

This section has been considered but does not apply to this claim.

---

## FINDINGS OF FACT AND ANALYSIS OF EVIDENCE

**Analysis**
Clmt is a 26yo who alleges learning disorder and ADHD. Current MER shows no current or prior inpatient or outpatient mental health treatment nor is he currently taking meds. Clmt is currently on felony probation for the next 5 years. Fully oriented in all spheres. Memory appears mildly impaired for recent and remote due to

the inability to reall any past teachers, historical information and inability to recall only 2 of 3 items following a 5min delay. Inconsistencies in concentration are evidenced by him being able to recall 6 numbers forward, 5 numbers backward and 4 numbers reorganized sequentially. No significant cognitive disturbances or problems concerning executive functioning are detected. No evidence of memory disorders. Associations are intact. No conceptual disorganization evident. Computational skills appear within the normal range. No evidence of perceptual functioning, delusions or hallucination are present. Absence of suspiciousness present. Lacks insight concerning his psych condition. Exhibits minimal difficulty in establishing and maintaining emotional rapport. Mood is depressed and affect is mildly blunted. Denies suicidal and homicidal tendacies.

ADLs: Clmt is able to perform ADLs w/o problems or assistance, make purchase transactions, prepare simple meals, do laundry, hh chores, shop and count.

# 416 – CASE ANALYSES

No 416–Case Analyses have been created.

# MEDICALLY DETERMINABLE IMPAIRMENTS AND SEVERITY

**Does the individual have one or more medically determinable impairments?**
   Yes

| IMPAIRMENT DIAGNOSIS | PRIORITY | SEVERITY |
| --- | --- | --- |
| 3152 – Learning Disorder | Primary | Severe |
| 2960 – Affective Disorders | Secondary | Severe |
| 2940 – Organic Mental Disorders | Other | Severe |

## PSYCHIATRIC REVIEW TECHNIQUE (PRT)

## PRT1

**Indicate whether this Psychiatric Review Technique (PRT) assessment is for:**
   Current Assessment

## 'A' CRITERIA OF THE LISTINGS

**12.02–Organic Mental Disorders**
A medically determinable impairment is present that does not precisely satisfy the diagnostic criteria above

**12.04–Affective Disorders**
A medically determinable impairment is present that does not precisely satisfy the diagnostic criteria above

## 'B' CRITERIA OF THE LISTINGS

12.02–Organic Mental Disorders
12.04–Affective Disorders

**Restriction of Activities of Daily Living:** Mild
**Difficulties in Maintaining Social Functioning:** Moderate
**Difficulties in Maintaining Concentration, Persistence or Pace:** Moderate
**Repeated Episodes of Decompensation, Each of Extended Duration:** None

## 'C' CRITERIA OF THE LISTINGS

**You have indicated that the individual has either an organic mental, schizophrenic, etc., or affective disorder(s) and that the requirements in paragraph "B" of the appropriate Listing are not satisfied. Address the "C" criteria of the Listings below:**
   Evidence does not establish the presence of the "C" criteria

## PRT – ADDITIONAL EXPLANATION
   Please see claims communication entitled PRT Notes for review.

**MC/PC or SDM Signature**

Elizabeth Michalec, Ph.D.   09/22/2011

**LISTINGS CONSIDERED**

| Listing | Description | Subsection | PRT Assessment |
|---------|-------------|------------|----------------|
| 12.02 | Organic Mental Disorders | | PRT1 |
| 12.04 | Affective Disorders | | PRT1 |

**MEDICAL DISPOSITION**

**RFC Assessment Necessary** (Physical and/or Mental)

## ASSESSMENT OF POLICY ISSUES

**SYMPTOMS AND CREDIBILITY**

**Can one or more of the individual's medically determinable impairment(s) MDI(s) reasonably be expected to produce the individual's pain or other symptoms?**
    Yes

**Are the individual's statements about the intensity, persistence, and functionally limiting effects of the symptoms substantiated by the objective medical evidence alone?**
    No

**When considering the following factors, which were the most informative in assessing the credibility of the individual's statements?**

    ADLs
    Other factors
        CI interacted socially appropriately in CE eval and on teleclaim, and understood task instructions.

**What is your assessment of the credibility of the individual's statements regarding symptoms considering the total medical and non-medical evidence in file?**
    Partially Credible
    **Explain the credibility assessment:**
        CREDIBILITY: partial as inconsistencies, e.g., can't go out alone but sometimes walks somewhere alone then home to bed; doesn't prepare meals but does prepare food/meal weekly; problems getting along with others but no problem getting along with others; Function reported says can't follow directions yet followed directions in MS eval and appears read and completed his function report.

**WEIGHING OF OPINION EVIDENCE**

There is no indication that there is medical or other opinion evidence.

<u>MENTAL RESIDUAL FUNCTIONAL CAPACITY ASSESSMENT</u>

<u>MRFC1</u>

**Indicate whether this Mental Residual Functional Capacity (MRFC) assessment is for:**
   Current Assessment

**The questions below help determine the individual's ability to perform sustained work activities. However, the actual mental residual functional capacity assessment is recorded in the narrative discussion(s) in the explanation text boxes.**

**Does the individual have understanding and memory limitations?**
   Yes

<u>Rate the individual's understanding and memory limitations:</u>

**The ability to remember locations and work–like procedures.**
   Not significantly limited

**The ability to understand and remember very short and simple instructions.**
   Not significantly limited

**The ability to understand and remember detailed instructions.**
   Moderately limited
**Explain in narrative form the presence and degree of specific understanding and memory limitations indicated above:**
   A. Understanding and Memory
   Functioning reported suggests the cl may have some difficulty recalling detailed instructions, but appears to retain the ability to recall simple instructions and to perform tasks independently as physical allows.

**Does the individual have sustained concentration and persistence limitations?**
   Yes

<u>Rate the individual's sustained concentration and persistence limitations:</u>

**The ability to carry out very short and simple instructions.**
   Not significantly limited

**The ability to carry out detailed instructions.**
   Moderately limited

**The ability to maintain attention and concentration for extended periods.**
   Moderately limited

**The ability to perform activities within a schedule, maintain regular attendance, and be punctual within customary tolerances.**
   Not significantly limited

**The ability to sustain an ordinary routine without special supervision.**
   Not significantly limited

**The ability to work in coordination with or in proximity to others without being distracted by them.**
   Not significantly limited

**The ability to make simple work–related decisions.**
   Not significantly limited

**The ability to complete a normal workday and workweek without interruptions from psychologically based symptoms and to perform at a consistent pace without an unreasonable number and length of rest periods.**
>   Not significantly limited

**Explain in narrative form the sustained concentration and persistence limitations indicated above:**
>   B. Sustained Concentration and Persistence.
>   Function and behavior reported suggests cl is able mentally to persist at simple, routine tasks though may have difficulty with concentration persisting at more complicated tasks.

**Does the individual have social interaction limitations?**
>   Yes

<u>**Rate the individual's social interaction limitations:**</u>

**The ability to interact appropriately with the general public.**
>   Moderately limited

**The ability to ask simple questions or request assistance.**
>   Not significantly limited

**The ability to accept instructions and respond appropriately to criticism from supervisors.**
>   Not significantly limited

**The ability to get along with coworkers or peers without distracting them or exhibiting behavioral extremes.**
>   Moderately limited

**The ability to maintain socially appropriate behavior and to adhere to basic standards of neatness and cleanliness.**
>   Not significantly limited

**Explain in narrative form the social interaction limitations indicated above:**
>   C. Social.
>   Function and behavior indicates cl seems to retain a basic understanding of appropriate social behavior and is able to demonstrate basic appropriate social skills.

**Does the individual have adaptation limitations?**
>   Yes

<u>**Rate the individual's adaptation limitations:**</u>

**The ability to respond appropriately to changes in the work setting.**
>   Moderately limited

**The ability to be aware of normal hazards and take appropriate precautions.**
>   Not significantly limited

**The ability to travel in unfamiliar places or use public transportation.**
>   Not ratable on available evidence

**The ability to set realistic goals or make plans independently of others.**
>   Moderately limited

**Explain in narrative form the adaptation limitations indicated above:**
>   D. Adaptation.
>   Adaptive skills based on function appear adequate and independent within physical tolerances. The claimant retains ability mentally for independent personal care and chores as willing and within physical tolerances, doesn't need someone to accompany for walks, shops, can prepare simple meals though usually doesn't, etc.

**MRFC – Additional Explanation**

SUMMARY/CONCLUSION: Mentally, as physical allows, the claimant appears able to:
–understand and remember basic tasks;
–carry out simple tasks;
–maintain concentration and attention for routine,
uncomplicated tasks;
–complete a normal workweek without excessive interruptions
from psychologically based symptoms if tasks are within
claimant's capacity;
–relate adequately to supervisors and co–workers;
–adapt to simple changes and avoid work place hazards.

**<u>MC/PC or SDM Signature</u>**


Elizabeth Michalec, Ph.D.    09/22/2011


---

# ASSESSMENT OF POLICY ISSUES – CONTINUED

**<u>RECONCILING OF SOURCE OPINION</u>**

There is no indication that there is opinion evidence from any source.

# ASSESSMENT OF VOCATIONAL FACTORS


**<u>ASSESSMENT OF THE INDIVIDUAL'S ABILITY TO PERFORM PAST RELEVANT WORK</u>**

**Past Relevant Work:**

There is no past relevant work.

**Additional Past Work Titles:**

| **Job Title:** | TRASH COLLECTOR |
| **Start Date:** | 2005 |
| **End Date:** | 2005 |
| **Not Relevant Work** | |

| **Job Title:** | CREW MEMBER |
| **Start Date:** | 2005 |
| **End Date:** | 2005 |
| **Not Relevant Work** | |

| **Job Title:** | LABORER |
| **Start Date:** | 2005 |
| **End Date:** | 2005 |
| **Not Relevant Work** | |

**Does the individual have any past relevant work (PRW)?**
No

**<u>APPLICATION OF MEDICAL – VOCATIONAL RULES: Other Work</u>**

**The individual has no Past Relevant Work.**

**Is the individual limited to unskilled work because of the impairments?**
Yes

**Based on the seven strength factors of the physical RFC (lifting/carrying, standing, walking, sitting, pushing, and pulling), the individual demonstrates the maximum sustained work capability for the following:**
HEAVY/VERY HEAVY

**Indicate the rule used to direct a determination or as a framework (20 CFR Pt. 404, Subpt. P, App. 2).**
204.00 – Any Age Any Ed Any Skill Level

**Select one of the following:**
Vocational Rule Directs

**Based on the individual's exertional and/or non-exertional limitations, make the appropriate selection below:**
Non-exertional limitations do not significantly erode the occupational base and the same rule is appropriate

**Select the appropriate Social Security Ruling (SSR):**
83-14: Other work with combined impairments

---

# DETERMINATION

**Based on the documented findings, select the determination:**
Not Disabled

**Indicate which of the following Acquiescence Rulings are applicable**
None of the ARs considered apply to this claim

**Is there medical evidence of DAA?**
No medical evidence of DAA

**REGULATION BASIS CODE**

**Regulation Basis Code:**
N32–20CFR416.920(g)–CLAIMANT AGE 18 OR OLDER

**Personalized Decision Notice (PDN)**

**PDN Text:**
see PDN in eView

# SIGNATURES

**MC/PC or SDM Signature**

Elizabeth Michalec, Ph.D.   09/22/2011

**Disability Adjudicator/Examiner Signature:**

Carin Miller   09/22/2011

# E.  Letters of Support

**E-1**

Dear Judge Byron,

      My name is Toy Gonzalez I am the mother of Andre Maurice Lewis I would like to say I few things on his behalf I had my son at an early age of 19 he was my third child out of five.  My mother moved here to the states with my then step father who was in the military we moved a lot when I was around 11-13 years of age my mom was in the middle of a very violent marriage and trying to get out of almost a deadly one not knowing anyone or having any family here she was separated from my stepdad who nearly killed her because she wanted to leave his drunken abusive self long story short my mom had to work day and night to provide I had to grow up fast to take care of my brother and sister she had to time to show us the facts of life or even having to show us any affection or spend any time with us so I at an early age got pregnant I was also a single parent when my kids were born I was young they weren't in stable environment my mother had them my sister was also stepping in until I was able to get on my feet at that time my mother still work so basically the kids was to fend for themselves and watched by my siblings by the time I finally got them back I want to say Andre was around maybe 5 or 6 years of age.

      Since I can remember I knew my child was kinda slow but he was a happy playful kid but very reserved his father was never in his life he was in the Air Force and married to someone else at the time so when I gave birth he was never in the picture Andre did not come in contact with him until he was an adult. But I was in a relationship myself with my youngest son father is was a provider but not an affectionate person or a father figure to my kids I worked at a hotel which required me to work alot of weekends and my kids also had to endure what I went through as a child my kids was having to depend on each other while I was working. Throughout his adolescent school years his behavior started affecting his learning things like not paying attention can't keep up with the other kids acting out in class nothing major but the attention spans was there he was a loving little boy who just couldn't get it together in his preteen and adults years things just never seem to go his ways and I believe he doesn't feel loved but I know my son has never

disrespected me and if he had he would give it and would do anything for me I wouldn't say my son is retarded but I know he has a mind of not his age and when anyone has a conversation with him they can also tell that something is missing there I don't know but all I know is I wish I could have had more time when they were younger have more affection maybe because I myself did not have that growing up and passed on to my kids.

All I'm asking is that you please have mercy on my son I just know that he will not do well he and I also are dealing with health issues but I'm gonna do my best to stay healthy to be there for my kids and grandkids I know you have a job to do please take into consideration my son's level of competency thank you for your time in reading this letter your honor.

Truly,

*Toy Gonzalez*

**E-2**

Sirikit Lewis

▬▬▬▬▬▬

Tampa, FL 33612

▬▬▬▬▬▬

10/18/2022

Dear Honorable Judge Paul G Byron,

My name is Sirikit Lewis I reside in Tampa, FL Hillsborough County. I work in the healthcare field and am employed as a patient enrollment specialist for Elevance Healthcare formerly Anthem Blue Cross, I am the Aunt of Andre Maurice Lewis, he is the son of my eldest sister, Andre is my first born nephew my impression of Andre is as my nephew is very sweet person, always playful, and always joking but full of life and laughter and very friendly so friendly that he thinks everyone is his friend and will go out of his way to help people in any way that he can, he is  obedient and has a lot of respect for his elders however, I always believed that Andre was mentally challenged because of his skill level and although Andre is an adult he does not have an IQ of an adult person he will speak to a five year old and a forty five year in the same manner  of a kid that is speaking to an adult or child. I always said that my nephew Andre had to have an intellectual disability because he was so much like a little kid having a mental level of an 11 year old.

It was very noticeable while growing up that he was not fully maturing at the same level as most kids. My mom described him as being retarded to some degree or slow but that is not how I find him to be but he was a lot slower than most kids and even growing into adult his level of maturity just didn't exist he was just like a big playful kid never having a serious moment. Even the way he speaks and understands you can tell that he does not comprehend things at a certain level. When I speak to my nephew I talk to him as if I am talking to an 11 year old being cautious of how he does not comprehend things as an adult. Andre at was partially raised by my mother his grandmother and I helped take care of him while he was younger for a few years allowing my mother to work and I was a child baby-sitter helping raise family as my sister was not present at the time in his younger years and his father was ever present in his life. He may have made a connection from time to time throughout his life. I know that was a big effect in his life as Andre always spoke about his father and half brother and wanted to be a part of their life so much that he searched for them and was full of excitement when he did communicate with them unfortunately that never really lasted.

When Andre went back to live with my sister his mom a lot of his childhood was missed as he was in and out of the juvenile system and even as a young adult even met the prison system so many days of his presence were missed with family we always kept in communication with him at best with correspondence or phone calls, during these times but I felt as a family we probably could have done a lot better but we struggled coming up. So basically the kids helped raise each other while my mother worked and was the sole breadwinner working in a restaurant to make the ends meet for her kids and grandkids. She barely knew english and was just trying to really settle into her life being abused by my father for years who served in the Military. My mother came to America alone with no family and is a domestic abuse survivor but many things were put on her to assist when she barely could make it herself of which were her grandkids including Andre. Andre was raised in love with a family full of love and everytime he was released we welcomed him home back to a loving home with very few resources. I would say that Andre's days spent away could have probably turned out better if the system would have provided him with the proper care of being mentally challenged, skills or even mentoring instead of always persuading him to take a plea out to a jail sentence that he couldn't even understand. And for the most part my sister was young and I believe if she had stepped up more and had the proper skills to parent and raise her kids properly, the kids probably would have had a better life that did not lead to being locked up or probably feeling unwanted at times, but I also understand that she was a young mother and did the best she could with what she experienced in her life.

 I am in acknowlegment of the serious charges being brought against my nephew.  Still very hard to believe and accept.  Andre has been around family, friends and children for most of his life when he was not incarcerated and has never shown any type of offensive behaviors, not from my experience. I also understand with every crime that there will be consequences all I ask is for you to take what I have shared into consideration, that you would consider his up-bringing in his sentencing because Andre is definitely mentally challenged and this has a big effect on his mentality and level of maturity and intelligence level.

On behalf of all parties involved with much remorse in my heart and  as a parent myself I know if I was in the other party's shoes how they must feel, I would want the offender to get the help that is needed to become a better person and never to commit any offenses as the charges he is accused of, I admit that this is a very poor lack of judgment,but I also wanted to allow the courts to understand Andre's mental limitations.  I hope that this letter is reflected as a positive rather than a negative on the behalf of Andre Lewis as I know that Andre is not a bad person but

has not shown good conduct in this matter. I ask that you may have leniency when sentencing as I know the hardships that Andre has experienced throughout his life.

Thank you Your Honor for your help and support to Andre Maurice Lewis

Sincerely,

*Sirikit Lewis*

**E-3**

**Dear Judge Byron,**

**Some may ask what type of person is Andre Lewis?**

**He's a great brother, helper, and friend.**

**Growing up I wouldn't say we had the best childhood and it most certainly wasn't the worst we had a village literally, My mom worked a lot and in place of mom we always had our grandmother we weren't rich with lots of finances or material thing but we always had something that was more valuable than any money could buy and that was family like normal siblings we would have our days some days we could laugh crack jokes and play some days we stayed to ourselves in our own little world but everyday we always looked out for one another . Andre has always been the jokester always laughing being goofy and cracking jokes but at the same time very helpful, I became a young mother at the age of 15 my mom wasn't too enthused about it heck neither was I but shortly after I had to endure adulthood at a young age I soon got my 1st apartment Andre would always come over to my place and help out with stuff around the house before I knew it I was in over my head by the age of 23 I had four children my brothers were always a big help one thing for sure we were taught to always be there for one another and even though Andre dealt with being mentally challenged he  was a huge help he would always stay over at my place spending time with me and my kids they loved having him around he would always keep them busy with music , video games or cracking jokes they all loved that about him it wasn't long before he had a son of his own he was so excited to be a dad . This was a new world for him he always**

called and asked for advice on things about parenthood which made me feel pretty good that my younger brother looked to me for advice and actually cared about my input.

He was always calling asking me things to make sure his parenting was good enough or that he was doing things right and I always assured him that there's no handbook on parenting I myself didnt always have the answers but we learn as we go and always try to give our children what we didn't have or lacked growing up and he did just that. One thing I can say about my brother is although he's mentally challenged he never let that stop him from trying to achieve anything and he's always been a great brother,friend, dad and a big helper and I miss that.

Sincerely,

*Kimberly Lewis*

Oldest sister of Andre Lewis

**E-4**

November 1, 2022

Dear Judge Byron,

      My name Is Misha Hughes And I Am Writing In Behalf Of The Defendant Andre Lewis.  I Was A Manager At Dollar Tree Stores For 7 Years And During That Time I Was Andre Lewis Assistant Manager For About A Year,  During  (5/2019-5/2020)  that Time Of Managing Mr Lewis I Discovered That Not Only Was He A Honest, Hard Dedicated Employee But He Was Quite Helpful To Us All In The Management Team And Mr Lewis Was Not Even A Manager. He Was A Stocker Unloading Freight Off A Truck So We Would Do Chemicals And When Completed With His Section He Would Complete Other Team Members Section Without Management Asking Him To Keep Busy On The Job. He Was Always On Time For Work.

      In The Early Part Of The Summer We Discovered That Mr Lewis Was Transferring To A Dollar Tree In Tampa, Fl. The Whole Team Was Saddened By The News. Our Store Manager Veronica Was Contemplating On Not Transferring Him Not Due To The Fact That He Was Not Eligible For A Transfer, But Due To the Fact That Mr Lewis Demonstrated Such Dedicated Teamwork Throughout The Store Until We Didn't Want To Lose Him.

      Mr Lewis Also Demonstrated A Tremendous Amount Of Trustworthiness. Very Trustworthy Around All People, And Always Was Very Attentive To Be On Time For Work And Getting The Work Done No Matter How Long It Would Take. I Can Go On & On About All The Good Morals & Values I Have Experienced With Mr Lewis In Such A Short Length Of Time.

      This Whole Case Came To A Shock To All Of Us.  I Just Can't Believe It.  It's My Sincere Hope That You Take What I have Shared Into Consideration On Whatever The Court Or You Your Honor Decide To Do In This Case.

Best Regards,

*Misha Hughes*